# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, ANTHEM HEALTH PLANS OF VIRGINIA, INC., an unknown Virginia business entity, HIGHMARK BLUE CROSS BLUE SHIELD, an unknown Pennsylvania business entity, REGENCE BLUECROSS BLUESHIELD OF OREGON, an Oregon Non-Profit Corporation, BLUE CROSS OF IDAHO, an unknown Idaho business entity, BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Non-Profit Corporation, BLUE CROSS AND BLUE SHIELD OF MINNESOTA, an unknown Minnesota business entity, PREMERA BLUE CROSS, a Washington Corporation, HEALTH CARE SERVICE CORPORATION, an Illinois Non-Profit Corporation d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS, BLUE CROSS BLUE SHIELD OF MONTANA, INC., a Montana Mutual Benefit Corporation, BLUECROSS BLUESHIELD OF FLORIDA, INC., a Florida Non-Profit Corporation, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:07-CV-01818-GEB-DAD<br><br>**[PROPOSED] ORDER** GRANTING AN ADDITIONAL EIGHT-DAY EXTENSION OF TIME WITHIN WHICH DEFENDANTS (1) HIGHMARK BLUE CROSS BLUE SHIELD, (2) REGENCE BLUECROSS BLUESHIELD OF OREGON, (3) BLUE CROSS OF IDAHO, (4) BLUECROSS BLUESHIELD OF TENNESSEE, INC., (5) BLUE CROSS AND BLUE SHIELD OF MINNESOTA, (6) PREMERA BLUE CROSS, AND (7) BLUE CROSS BLUE SHIELD OF MONTANA, INC. MAY RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[Concurrently filed with [Proposed] Order]<br><br>[Eastern District Local Rule 6-144]<br><br>Complaint Filed:  June 22, 2007 |

g:\docs\geb\dgeb2\orders for signature\stip-order 4 extension 2 respond no 2 (dameron).doc

[PROPOSED] ORDER GRANTING EXTENSION OF TIME WITHIN WHICH SPECIFIED DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO.: 2:07-CV-01818-GEB-DAD

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Highmark Blue Cross Blue Shield, Regence BlueCross BlueShield of Oregon, Blue Cross of Idaho, BlueCross BlueShield of Tennessee, Inc., Blue Cross and Blue Shield of Minnesota, Premera Blue Cross and Blue Cross Blue Shield of Montana, Inc. (collectively "Defendants") for an additional **eight-day** extension of time within which Defendants may answer or otherwise respond to the Complaint filed by Plaintiff, and finding good cause therefor, IT IS HEREBY ORDERED that Defendants' response shall now be due on **October 9, 2007**.

**IT IS SO ORDERED.**

**September 28, 2007**

**GARLAND E. BURRELL, JR.**
**UNITED STATES DISTRICT JUDGE**

Dated: _____
Respectfully Submitted by:
John M. LeBlanc (155842), jleblanc@barwol.com
John C. Holmes (120578), jholmes@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
Highmark Blue Cross Blue Shield, Regence
BlueCross BlueShield of Oregon, Blue Cross of
Idaho, BlueCross BlueShield of Tennessee, Inc.,
Blue Cross and Blue Shield of Minnesota,

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Premera Blue Cross, and Blue Cross Blue
2  Shield of Montana, Inc.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800