HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-4222
g_hatton@hattonpetrie.com

**GREGORY M. HATTON [Cal. SBN 119810]**

Attorneys for plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>                    Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br><u>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT HEALTH CARE SERVICE CORPORATION TO ANSWER OR OTHERWISE PLEAD</u> |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendant Health Care Service Corporation (DBA Blue Cross and Blue Shield of Illiniois ("Defendant")), by and

- 1 -

1  through their respective counsel, hereby stipulate to an additional **nine-day**
2  extension of time within which Defendant may answer or otherwise respond to the
3  Complaint filed by Plaintiff. Defendant was previously granted a thirty (30) day
4  extension by stipulation, and their response is currently due on October 1, 2007.
5      Good cause exists for an additional nine-day extension of time, such that a
6  pleading filed on or before **October 10, 2007** shall be deemed timely, because
7  Defendant and Plaintiff have tentatively agreed to settle this matter and are
8  currently engaged in negotiating a settlement and release which will cause
9  Dameron to dismiss defendant.  Plaintiff and Defendant believe that such a
10 settlement will be consummated prior to October 10, 2007.
11     As required by Local Rules 6-144 and 83-143, a proposed order is being
12 filed concurrently herewith.
13     **IT IS SO STIPULATED.**
14
15 DATED: __10/2/07_____        HATTON, PETRIE & STACKLER, APC
16
17                                     _____/s/_____
                                        By: Gregory M. Hatton
18                                      Attorneys for DAMERON
                                        HOSPITALS ASSOCIATION
19
20
21 DATED: ___10/2/07_____        MESERVE, MUMPER & HUGHES, LLP
22
23                                     _____/s/_____
                                        By: Frederic Esrailian
24                                      Attorneys for HEALTH CARE
                                        SERVICE CORPORATION
25
26
27
28

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>           Plaintiff,<br><br>   vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>           Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT HEALTH CARE SERVICE CORPORATION TO ANSWER OR OTHERWISE PLEAD |

       The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendant Health Care Service Corporation (DBA Blue Cross and Blue Shield of Illinois ("Defendant")) for an additional

- 3 -

1  **nine-day** extension of time within which Defendant may answer or otherwise
2  respond to the Complaint filed by Plaintiff, and finding good cause therefore, IT IS
3  HEREBY ORDERED that Defendant's response shall now be do on **October 10,**
4  **2007**.
5      **IT IS SO ORDERED.**
6
7  Dated:  October 3, 2007
8
9
10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28