1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone:  (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5
   Attorneys for Plaintiff
6  DAMERON HOSPITAL ASSOCIATION

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  ————————————————————————   ) Case No.: 2:07 CV 01818 GEB
    DAMERON HOSPITAL              ) DAD
12  ASSOCIATION, a California Non- )
    Profit Assocation,            ) STIPULATION AND ORDER
13                                ) CONTINUING HEARING DATE
                      Plaintiff,  ) ON DEFENDANTS' MOTIONS
14                                ) TO DISMISS AND RELATED
         vs.                      ) MOTIONS
15                                )
    BLUE SHIELD OF CALIFORNIA     )
16  LIFE AND HEALTH INSURANCE     )
    COMPANY, a California Corporation, )
17  et al.                        )
                                  )
18                    Defendants. )
    ————————————————————————   )
19

20

21

22

23

24      TO THE HONORABLE COURT AND TO ALL INTERESTED

25  PARTIES AND THEIR COUNSEL OF RECORD:

26      Plaintiff Dameron Hospital Association ("Plaintiff"), and all Defendants in

27  this action, by and through their respective counsel, hereby stipulate to move the

28

                              - 1 -

1   hearing date on Blue Shield's Motion to Dismiss Complaint, and the remaining

2   Defendants' Motion to Dismiss Complaint, Motion to Strike, and Motion to Sever

3   to December 3, 2007 at 9:00 a.m.  The Motions referenced above are currently

4   scheduled for hearing on November 19, 2007 at 9:00 a.m.

5        Good cause exists for continuing all of the above referenced hearing dates

6   until December 3, 2007 at 9:00 a.m.  All counsel who will be attending the

7   hearings reside in Southern California, and will be undertaking extensive travel to

8   attend the hearings.  All counsel agree that having the hearings on December 3,

9   2007 at 9:00 a.m. will better accommodate the schedules of counsel and better

10   allow for attending counsel to travel to and attend the hearings.

11        A proposed order is being filed concurrently herewith.

12

13   / /

14

15   / /

16

17   / /

18

19   / /

20

21   / /

22

23   / /

24

25   / /

26

27   / /

28

1    **IT IS SO STIPULATED.**

2

3    DATED: ___10/18/07_____        HATTON, PETRIE & STACKLER, APC

4

5                                        _____/s/_____

                                         By: GREGORY M. HATTON
6                                        Attorneys for DAMERON HOSPITAL
                                         ASSOCIATION
7

8

9    DATED: ____10/18/07_____        QUINN EMANUEL URQUHART OLIVER
                                         & HEDGES, LLP
10

11                                       _____/s/_____

12                                       By: J.D. HORTON
                                         Attorneys for CALIFORNIA
13                                       PHYSICIANS' SERVICE dba BLUE
                                         SHIELD OF CALIFORNIA
14
                                         *(As Authorized on 10/18/07)*
15

16

17   DATED: ____10/18/07_____        BARGER & WOLEN, LLP

18

19                                       _____/s/_____

20                                       By: JOHN M. LeBLANC
                                         Attorneys for HIGHMARK BLUE
21                                       CROSS BLUE SHIELD, REGENCE
                                         BLUECROSS BLUESHIELD OF
22                                       OREGON, BLUE CROSS OF IDAHO,
                                         PREMERA BLUE CROSS, BLUE
23                                       CROSS BLUE SHIELD OF
                                         MONTANA, INC., AND BLUE
24                                       CROSS AND BLUE SHIELD OF
                                         MINNESOTA
25
                                         *(As Authorized on 10/18/07)*
26

27

28

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                                    )   Case No.: 2:07 CV 01818 GEB
     DAMERON HOSPITAL                                 )   DAD
12   ASSOCIATION, a California Non-                   )
     Profit Assocation,                               )   [PROPOSED] ORDER
13                                                    )   CONTINUING HEARING DATE
                                    Plaintiff,        )   ON DEFENDANTS' MOTIONS
14                                                    )   TO DISMISS AND RELATED
          vs.                                         )   MOTIONS
15                                                    )
     BLUE SHIELD OF CALIFORNIA                        )
16   LIFE AND HEALTH INSURANCE                        )
     COMPANY, a California Corporation,               )
17   et al.                                           )
                                                      )
18                                  Defendants.       )
                                                      )
19

20

21

22

23          The Court, having reviewed the stipulation between Plaintiff Dameron

24   Hospital Association ("Plaintiff") and all Defendants herein to continue the hearing

25   date on Blue Shield's Motion to Dismiss Complaint, and the remaining

26   Defendants' Motion to Dismiss Complaint, Motion to Strike, and Motion to Sever

27   from November 19, 2007 at 9:00 a.m., to December 3, 2007 at 9:00 a.m., and

28

                                              - 4 -

1   finding good cause therefore, **IT IS HEREBY ORDERED** that the hearings on

2   Blue Shield's Motion to Dismiss Complaint, and the remaining Defendants'

3   Motion to Dismiss Complaint, Motion to Strike, and Motion to Sever, are all

4   continued from November 19, 2007, and shall now be set for a consolidated

5   hearing on **December 3, 2007 at 9:00 a.m**.

6          All filing deadlines related to said Motions are extended based on the new

7   hearing date.

8          **IT IS SO ORDERED.**

9

10  Dated: October 26, 2007

11                                         _____

12                                         GARLAND E. BURRELL, JR.
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28