IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION,  )
                                )   2:07-cv-1818-GEB-DAD
           Plaintiff,           )
                                )
      v.                        )   ORDER
                                )
BLUE SHIELD OF CALIFORNIA LIFE AND )
HEALTH INSURANCE COMPANY, et al., )
                                )
           Defendants.          )
_____)

On November 12, 2007, the parties filed a Stipulation to Filing of Amended Complaint and Related Scheduling, in which "Defendants stipulate to withdraw all motions to dismiss/strike presently before the court without prejudice" and in which Defendants state they will continue their motion to sever presently before the court to "[t]he date of the first hearing on any other motion . . . but in no event later than an agreed date prior to January 31, 2008."[1] In light of the parties' stipulation, and since it is unclear when exactly Defendants seek to have their motion to sever heard,

---

[1] The parties also filed a Proposed Scheduling Order which will not be signed at this time.

1

1  Defendants' motions to dismiss/strike and motion to sever are deemed
2  withdrawn from the court's calendar.[2]
3       IT IS SO ORDERED.
4  Dated:  November 13, 2007
5
6                              _____
                               GARLAND E. BURRELL, JR.
7                              United States District Judge

---

[2]    The motions are deemed withdrawn without prejudice to re-noticing the same, provided that it is appropriate to do so.

2