PROSKAUER ROSE LLP
ARTHUR F. SILBERGELD, SBN 81093
asilbergeld@proskauer.com
DAVID G. GROSS, SBN 252298
dgross@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant
The Hershey Company

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, | Case No. 2:07-CV-01818-GEB-DAD |
| Plaintiff, | Hon. Garland E. Burrell, Jr. |
| v. | **[PROPOSED] ORDER** |
| CALIFORNIA PHYSICIANS SERVICE, ET AL., | [Eastern District Local Rule 6-144] |
| Defendants. | [Complaint filed June 22, 2007] |

### **[PROPOSED] ORDER**

Having read and considered the parties' Joint Stipulation Seeking Approval to Extend Time to Respond to Amended Complaint, and good causing appearing therein,

IT IS HEREBY ORDERED that Defendant's time to answer, move, or otherwise respond to the Amended Complaint is hereby extended to and including March 10, 2008.

Dated: February 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

8253/35820-002
Current/10628691v

- 1 -

**[PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com