UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>ORDER REGARDING ISSUANCE OF AN AMENDED SUMMONS *NUNC PRO TUNC* |

FINDING GOOD CAUSE, THE COURT HEREBY ORDERS that the Clerk of the Court is to issue an amended summons in the above referenced matter which shall include the names of the following defendants:

- BlueCross BlueShield of Florida, Inc.;
- WinCo Foods, Inc., an Idaho Corporation; and
- WinCo Foods, Inc., an employee benefits plan.

1   Issuance of this amended summons shall be *Nunc Pro Tunc* and shall
2 have no effect as to any previously effected service of process of the previous
3 summons and the first amended complaint.
4      IT IS SO ORDERED.
5 DATE:  February 11, 2008

     _____
     GARLAND E. BURRELL, JR.
     United States District Judge