SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
WINCO FOODS, INC., CHILDREN'S CARE
PLUS PREFERRED PROVIDER ORGANIZATION,
and CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non Profit Association,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.,<br><br>            Defendants. | Case No. 2:07-cv-01818-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANT WINCO FOODS, INC.'S, CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION'S, AND CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA'S RESPONSES TO FIRST AMENDED COMPLAINT [LR 6-144, 83-143]** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rules 6-144 and 83-143 of the Local Rules of Practice for this Court, plaintiff Dameron Hospital Association ("Plaintiff") and Defendants WinCo Foods, Inc., Children's Care Plus Preferred Provider Organization, and Children's Hospitals and Clinics of Minnesota (collectively "Defendants"), by and through their respective counsel, hereby stipulate to a further extension of time within which Defendants may answer or otherwise respond to the First Amended Complaint filed by Plaintiff.  As Defendants' responses to the First Amended

-1-
STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT

SC1 17090664.1

Complaint are presently due on February 11, 2008, it is hereby stipulated that such responses are now due on March 31, 2008.

The parties request the Court enter an order approving such stipulation as good cause exists for this extension because Plaintiff and Defendants have recently made significant progress towards settlement. Plaintiff and Defendants anticipate that settlement discussions will be completed by March 31, 2008, and request that a further extension of time within which Defendants may answer or otherwise respond to the First Amended Complaint be granted until that date.

**IT IS SO STIPULATED:**

DATED: February 7, 2008                SEYFARTH SHAW LLP


By___/s/  James D. McNairy_____
      James M. Nelson
      James D. McNairy
Attorneys for Defendants
WINCO FOODS, INC., CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION and CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

DATED: FEBRUARY 7, 2008                HATTON, PETRIE & STACKLER APC


By___/s/  Gregory M. Hatton_____
      Gregory M. Hatton
Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION
*As authorized on 2/7/08*

**IT IS SO ORDERED:**

Dated:  February 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-

STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT

SC1 17090664.1