**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | CASE NO.: 2:07 CV 01818 GEB DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER** GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANTS BLUECROSS BLUESHIELD OF TENNESSEE AND REGENCE BLUESHIELD OF IDAHO TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed:   June 22, 2007 |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants BlueCross BlueShield of Tennessee and Regence BlueShield of Idaho (collectively "Defendants") for a further extension of time within which Defendants may answer or otherwise respond to the First Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response to the First Amended Complaint **shall now be due on March 29, 2008.**

**IT IS SO ORDERED.**

Dated: _February 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge

**Respectfully Submitted By**:
John M. LeBlanc (155842)
John C. Holmes (120578)
Justin J. Lowe (223847)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
BlueCross BlueShield of Tennessee and Regence
BlueShield of Idaho