**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>          Plaintiff,<br><br>     vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>          Defendants. | CASE NO.: 2:07 CV 01818 GEB DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER** GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANTS EAGLE HOME MORTGAGE, LLC AND EAGLE HOME MORTGAGE, LLC EMPLOYMENT BENEFIT PLAN TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed:   June 22, 2007 |

-i-
[PROPOSED] ORDER GRANTING FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Eagle Home Mortgage, LLC and Eagle Home Mortgage, LLC Employment Benefit Plan (collectively "Defendants"), for a further extension of time within which Defendants may answer or otherwise respond to the First Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response to the First Amended Complaint **shall now be due no later than March 29, 2008.**

**IT IS SO ORDERED.**

Dated: March 6, 2008

GARLAND E. BURRELL, JR.
Chief United States District Judge

**Respectfully Submitted By**:
John M. LeBlanc (155842)
John C. Holmes (120578)
Sarah Houshiar (235084)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
Eagle Home Mortgage, LLC and
Eagle Home Mortgage, LLC Employment Benefit Plan