| | |
|---|---|
| 1 | PROSKAUER ROSE LLP |
|   | ARTHUR F. SILBERGELD, SBN 81093 |
| 2 | asilbergeld@proskauer.com |
|   | DAVID G. GROSS, SBN 252298 |
| 3 | dgross@proskauer.com |
|   | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, California 90067-3206 |
|   | Telephone:   (310) 557-2900 |
| 5 | Facsimile:   (310) 557-2193 |
| 6 | Attorneys for Defendant |
|   | The Hershey Company |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, | Case No. 2:07-CV-01818-GEB-DAD |
|   | Hon. Garland E. Burrell, Jr. |
| Plaintiff, | |
|   | **ORDER** |
| v. | |
|   | [Eastern District Local Rule 6-144] |
| CALIFORNIA PHYSICIANS SERVICE, ET AL., | |
|   | |
| Defendants. | [Complaint filed June 22, 2007] |

**[PROPOSED] ORDER**

1

## ~~[PROPOSED]~~ ORDER

Having read and considered the parties' Joint Stipulation Seeking Approval to Extend Time to Respond to Amended Complaint, and good causing appearing therein,

IT IS HEREBY ORDERED that Defendant's time to answer, move, or otherwise respond to the Amended Complaint is hereby extended to and including April 7, 2008.

Dated:  March 6, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge