1  John M. LeBlanc (155842), jleblanc@barwol.com
   John C. Holmes (120578), jholmes@barwol.com
2  Justin J. Lowe (223847), jlowe@barwol.com
   BARGER & WOLEN LLP
3  633 West Fifth Street, 47th Floor
   Los Angeles, California  90071
4  Telephone:  (213) 680-2800
   Facsimile:  (213) 614-7399
5

6  Attorneys for Defendants
   Eagle Home Mortgage, LLC and Eagle Home Mortgage,
7  LLC Employment Benefit Plan

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 DAMERON HOSPITAL ASSOCIATION, a ) CASE NO.: 2:07 CV 01818 GEB DAD
   California Non-Profit Association,               )
12                                                  ) Hon. Garland E. Burrell, Jr.
              Plaintiff,                            )
13                                                  ) SUBSTITUTION OF ATTORNEY [LR 83-
       vs.                                          ) 182(g)]
14                                                  )
   CALIFORNIA PHYSICIANS' SERVICE dba )  Complaint Filed:    June 22, 2007
15 BLUE SHIELD OF CALIFORNIA LIFE                   )
   AND HEALTH INSURANCE COMPANY, a )
16 California corporation; et al.                   )
                                                    )
17            Defendants.                           )
                                                    )

28 g:\docs\geb\dgeb2\orders for signature\substitution of attorney - eagle home mortgage.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

SUBSTITUTION OF ATTORNEY – EAGLE HOME MORTGAGE, LLC
2:07 CV 01818 GEB DAD

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 83-182(g) of the Local Rules of Practice for the United Stated District Court for the Eastern District of California ("Local Rules"), Defendants Eagle Home Mortgage, LLC Employment Benefit Plan and Eagle Home Mortgage, LLC, a Delaware Limited Liability Company (collectively "Defendants Eagle Home Mortgage") hereby make the following substitution of counsel:

**Former Legal Representative:**  Richard M. Wirtz (SBN 137812)
WIRTZ HELLENKAMP LLP
12760 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 259-5009 voice
(858) 259-6008 fax

**New Legal Representative:**  John M. LeBlanc (SBN 155842)
John C. Holmes (SBN 120578)
Justin J. Lowe (SBN 223847)
BARGER & WOLEN LLP
633 W. Fifth Street, 47th Floor
Los Angeles, CA 90071-2043
(213) 680-2800 voice
(213) 614-7399 fax

Dated: February 19, 2008                    WIRTZ HELLENCAMP LLP

By: /s/
RICHARD M. WIRTZ
Former Attorneys for Defendants Eagle Home Mortgage, LLC and Eagle Home Mortgage, LLC Employment Benefit Plan

**As authorized on February 19, 2008.**

-2-
SUBSTITUTION OF ATTORNEY – EAGLE HOME MORTGAGE, LLC
2:07 CV 01818 GEB DAD

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

| | | |
|---|---|---|
| Dated: February 19, 2008 | | BARGER & WOLEN LLP |

By: /s/
    JOHN M. LE BLANC
    JOHN C. HOLMES
    JUSTIN J. LOWE
    Attorneys for Defendants
    Eagle Home Mortgage, LLC and Eagle Home Mortgage, LLC Employment Benefit Plan

Dated: February 19, 2008        EAGLE HOME MORTGAGE, LLC EMPLOYEE BENEFIT PLAN

By: /s/
    BY: ROBERT GREATON
    TITLE: Senior Vice President and Chief Financial Officer

**As authorized on February 19, 2008.**

Dated: February 19, 2008        EAGLE HOME MORTGAGE, LLC

By: /s/
    BY: ROBERT GREATON
    TITLE: Senior Vice President and Chief Financial Officer

**As authorized on February 19, 2008.**

**IT IS SO ORDERED.**

Dated: March 12, 2008

/s/ Garland E. Burrell Jr.
GARLAND E. BURRELL, JR.
Chief United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
SUBSTITUTION OF ATTORNEY – EAGLE HOME MORTGAGE, LLC
2:07 CV 01818 GEB DAD