| | |
|---|---|
| 1 | HATTON, PETRIE & STACKLER APC |
| | Attorneys at Law |
| 2 | 20281 Birch Street, Suite 100 |
| | Newport Beach, CA 92660 |
| 3 | Telephone: (949) 474-4222 |
| | g_hatton@hattonpetrie.com |
| 4 | |
| | **GREGORY M. HATTON [Cal. SBN 119810]** |
| 5 | **JOHN A. McMAHON [Cal. SBN 237261]** |
| 6 | Attorneys for Plaintiff |
| | DAMERON HOSPITAL ASSOCIATION |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation, | ) Case No.: 2:07 CV 01818 GEB DAD |
| 12 | | ) |
| 13 | | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS |
| 14 | Plaintiff, | ) |
| 15 | vs. | ) |
| 16 | BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al. | ) |
| 17 | | ) |
| 18 | Defendants. | ) |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Dameron Hospital Association ("Plaintiff"), and Defendants Premera Blue Cross, and Blue Cross Blue Shield of Massachusetts, Inc., by and through their respective counsel, hereby stipulate to move the hearing date on Premera Blue Cross', and Blue Cross Blue Shield of Massachusetts, Inc.'s Motions to Dismiss to April 21, 2008 at 9:00 a.m. The Motions referenced above are currently scheduled for hearing on March 24, 2008 at 9:00 a.m.

- 1 -

STIPULATION AND [PROPOSED] ORDER         Case No.2:07 CV 01818 GEB DAD

1  Good cause exists for continuing all of the above referenced hearing dates
2  until April 21, 2008 at 9:00 a.m.  Dameron Hospital Association has filed an
3  Amended Motion for an Order Granting Leave to File a Second Amended
4  Complaint, which directly relates to the pending Motions to Dismiss, which is set
5  for April 21, 2008.  All counsel agree that having a consolidated hearing on April
6  21, 2008, at 9:00 a.m. will promote judicial economy by allowing the Court to hold
7  one consolidated hearing, and allow attending counsel to only have to travel to and
8  attend one hearing.
9  A proposed order is being filed concurrently herewith.
10  **IT IS SO STIPULATED.**

DATED: ___3/12/08_____     HATTON, PETRIE & STACKLER, APC

_____/s/_____
By: GREGORY M. HATTON
Attorneys for DAMERON HOSPITAL ASSOCIATION

DATED: _____3/12/08_____     BARGER & WOLEN, LLP

_____/s/_____
By: SARAH HOUSHIAR
Attorneys for PREMERA BLUE CROSS
*(As Authorized on 3/12/08)*

DATED: _____3/12/08_____     MESERVE, MUMPER & HUGHES LLP

_____/s/_____
By: CAROL B. LEWIS
Attorneys for BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.
*(As Authorized on 3/12/08)*

STIPULATION AND [PROPOSED] ORDER                    Case No.2:07 CV 01818 GEB DAD

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Premera Blue Cross, and Blue Cross Blue Shield of Massachusetts, Inc., to continue the hearing dates on the pending Motions to Dismiss from March 24, 2008 at 9:00 a.m., to April 21, 2008 at 9:00 a.m., and finding good cause therefore, **IT IS HEREBY ORDERED** that

1 the hearings on the pending Motions to Dismiss are continued from March 24,
2 2008, and shall now be set for hearing on **April 21, 2008 at 9:00 a.m**. in Dept. 10
3 of the above referenced Court.  These hearings are consolidated with the hearing
4 on Dameron Hospital Association's Motion for Leave to File a Second Amended
5 Compliant set for the same date, time, and place.
6      All filing deadlines related to said Motions are extended based on the new
7 hearing date.
8      **IT IS SO ORDERED.**
9
10 Dated: _March 12, 2008

GARLAND E. BURRELL, JR.
Chief United States District Judge