# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; et al.,<br><br>　　　　Defendants. | CASE NO.: 2:07-CV-01818-GEB-DAD<br><br>**[PROPOSED] ORDER** GRANTING THIRTY-DAY EXTENSION OF TIME WITHIN WHICH DEFENDANT BLUE CROSS AND BLUE SHIELD OF NEBRASKA MAY RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>[Concurrently filed with Stipulation of Parties]<br><br>[Eastern District Local Rule 6-144]<br><br>Complaint Filed: June 22, 2007 |

g:\docs\geb\dgeb2\orders for signature\stip-order 4 extension 2 respond (dameron).doc

[PROPOSED] ORDER GRANTING EXTENSION OF TIME WITHIN WHICH SPECIFIED DEFENDANT
MAY RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO.: 2:07-CV-01818-GEB-DAD

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("***Plaintiff***") and Defendant Blue Cross and Blue Shield of Nebraska ("***Defendant***") for a thirty-day extension of time within which Defendant may answer or otherwise respond to the First Amended Complaint filed by Plaintiff, and finding good cause therefor, IT IS HEREBY ORDERED that Defendant's response shall now be due **April 14, 2008**.

**IT IS SO ORDERED.**

Dated: _March 18, 2008_

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

_____

Respectfully Submitted by:
John M. LeBlanc (155842), jleblanc@barwol.com
John C. Holmes (120578), jholmes@barwol.com
Bryan C. Crawley (197915), bcrawley@barwol.com
Sarah Houshiar (235084), shoushiar@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
Blue Cross and Blue Shield of Nebraska

---

-1-
[PROPOSED] ORDER GRANTING EXTENSION OF TIME WITHIN WHICH SPECIFIED DEFENDANT
MAY RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO.: 2:07-CV-01818-GEB-DAD