HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-4222
g_hatton@hattonpetrie.com

**GREGORY M. HATTON [Cal. SBN 119810]**
**JOHN A. McMAHON [Cal. SBN 237261]**

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH EXCELLUS BLUECROSS BLUESHIELD** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and Defendant Excellus BlueCross BlueShield ("Excellus") have reached a settlement in principle disposing of this matter; and

Whereas Plaintiff filed a Notice of Settlement regarding Excellus on 3/13/08; and

1  Whereas Local Rule 16-160 calls for dispositional documents to be filed
2  within twenty ("20") days following a Notice of Settlement; and
3  Whereas Plaintiff and Excellus have reached a settlement in principle and
4  anticipate a final executed settlement agreement will be completed within twenty
5  ("20") days of the filing of this stipulation;
6  Now therefore, Dameron and Excellus, by and through their respective
7  counsel, hereby stipulate to move the due date for Dameron to file dispositional
8  documents related to its settlement with Excellus from April 7, 2008 to April 28,
9  2008.
10  Good cause exists for continuing the due date for dispositional documents
11  regarding Excellus to April 28, 2008 because Dameron has reached a settlement
12  with Excellus that is dispositive of this matter as to Excellus, and anticipates that a
13  final executed settlement and release allowing dismissal of Excellus will be
14  completed on or before April 28, 2008.
15  A proposed order is being filed concurrently herewith.
16  **IT IS SO STIPULATED.**

DATED: ___4/7/08_____    HATTON, PETRIE & STACKLER, APC

_____/s/_____
By: JOHN A. McMAHON
Attorneys for DAMERON HOSPITAL ASSOCIATION

DATED: ____4/7/08_____    MESERVE, MUMPER & HUGHES, LLP

_____/s/_____
By: CAROL BURNEY LEWIS
Attorneys for EXCELLUS BLUECROSS BLUESHIELD
*(As Authorized on 4/7/08)*

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH EXCELLUS BLUECROSS BLUESHIELD** |

　　　　The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant Excellus BlueCross BlueShield to continue the due date for filing dispositional documents regarding settlement between the two parties from April 7, 2008, to April 28, 2008, and finding good cause therefore, **IT IS HEREBY ORDERED** that the due date for Dameron to file

- 3 -

1  a dispositional document regarding its settlement with Excellus BlueCross
2  BlueShield is extended from April 7, 2008, to April 28, 2008.
3  **IT IS SO ORDERED.**
4
5  **Dated:  April 8, 2008**
6
7
8  _____
9  GARLAND E. BURRELL, JR.
   Chief United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER                                    Case No.2:07 CV 01818 GEB DAD