IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,  )  <br>                              )  <br>             Plaintiff,        )  <br>                              )  <br>     v.                       )  <br>                              )  <br>PREMERA BLUE CROSS, et al.,   )  <br>                              )  <br>             Defendants.      )  <br>_____) | 2:07-CV-1818-GEB-DAD  <br><br>ORDER* |

Some of the Defendants in this action have engaged in settlement discussions with Plaintiff, and Plaintiff and those Defendants represent that the settlement discussions are fruitful and could result in reaching a settlement within sixty days if the Scheduling Order filed on November 21, 2007 is modified to allow them to work out the precise details of a settlement agreement. These parties also have pending motions: Defendant Premera Blue Cross moves to dismiss Plaintiff's First Amended Complaint, and Plaintiff moves

---

    *  This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h). The caption has been modified to reflect the dismissal of Blue Shield of California Life and Health Insurance Company on January 11, 2008.

1

for leave to file a Second Amended Complaint.  These parties, however, have stipulated that Plaintiff should be granted leave to file a Second Amended Complaint and that the dismissal motion is withdrawn.  In accordance with this portion of these parties' stipulation: (1) the pending dismissal motion (Docket #54) is withdrawn; (2) Plaintiff is granted twenty days leave to file a Second Amended Complaint; and (3) Plaintiff shall serve any new defendants added in the Second Amended Complaint within forty-five days of filing that complaint.

        It is questionable, however, whether the Scheduling Order should be amended as the parties propose, because the stipulation reveals that some Defendants have not responded to the First Amended Complaint and Plaintiff has not explained how the action will proceed against those Defendants.  Further, Plaintiff's Second Amended Complaint will add new defendants in this action, and the stipulating parties fail to explain why the new defendants should not be provided an opportunity to participate in the scheduling of this action.  Therefore, the Scheduling Order filed November 21, 2007 is vacated, and a scheduling conference is scheduled for August 4, 2008 at 9 a.m.  A joint status report shall be filed no later than 14 days before the scheduling conference.

        IT IS SO ORDERED.

Dated:  April 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge