| | |
|---|---|
| 1 | HATTON, PETRIE & STACKLER APC |
| | Attorneys at Law |
| 2 | 20281 Birch Street, Suite 100 |
| | Newport Beach, CA 92660 |
| 3 | Telephone: (949) 474-4222 |
| | g_hatton@hattonpetrie.com |
| 4 | |
| | **GREGORY M. HATTON [Cal. SBN 119810]** |
| 5 | **JOHN A. McMAHON [Cal. SBN 237261]** |
| 6 | Attorneys for Plaintiff |
| | DAMERON HOSPITAL ASSOCIATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation, | ) ) ) ) | Case No.: 2:07 CV 01818 GEB DAD |
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENTS WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |
| vs. | ) ) | |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD ("Settling Defendants") have reached a settlement in principle disposing of this matter, which will also dispose of the following defendants: Winco Foods, Inc. and it Employee Benefits Plan, HJ Heinz and its employee benefits plan, The Hershey Co., and its

1 Employee Benefits Plan, Marisha Morgan, Candido Gomez, Carlos Sanchez,
2 Madeline Mann, and Frank Dumlao;
3     Whereas Plaintiff filed a Notice of Settlement regarding these settlements on
4 4/2/08; and
5     Whereas Local Rule 16-160 calls for dispositional documents to be filed
6 within twenty ("20") days following a Notice of Settlement; and
7     Whereas Plaintiff and Settling Defendants have reached a settlement in
8 principle and anticipate a final executed settlement agreement will be completed
9 within roughly thirty ("30") days of the filing of this stipulation;
10     Now therefore, Dameron and Settling Defendants, by and through their
11 respective counsel, hereby stipulate to extend the due date for Dameron to file
12 dispositional documents related to its settlement with Settling Defendants (and
13 corresponding parties) to May 23, 2008.
14     Good cause exists for continuing the due date for dispositional documents
15 regarding Settling Defendants to May 23, 2008 because Dameron has reached a
16 settlement with Settling Defendants that is dispositive of this matter as to Settling
17 Defendants and numerous other defendants, and anticipates that a final executed
18 settlement and release allowing dismissal of those parties will be completed on or
19 before May 23, 2008.
20     A proposed order is being filed concurrently herewith.
21
22 **IT IS SO STIPULATED.**
23
24 DATED: ___4/23/08_____    HATTON, PETRIE & STACKLER, APC
25
26     _____/s/_____
    By: JOHN A. McMAHON
27     Attorneys for DAMERON HOSPITAL
    ASSOCIATION
28

1 **IT IS SO STIPULATED.**

2 DATED: ____4/23/08_____     BARGER & WOLEN, LLP

4 _____/s/_____
5 By: SARAH HOUSHIAR
Attorneys for SETTLING DEFENDANTS
7 *(As Authorized on 4/23/08)*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |
| Plaintiff, | | |
| vs. | | |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al. | | |
| Defendants. | | |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO. AND HIGHMARK BLUECROSS BLUESHIELD to continue the due date for filing dispositional documents regarding settlement between the two parties to May 23, 2008, and finding good

- 4 -

1  cause therefore, **IT IS HEREBY ORDERED** that the due date for Dameron to file
2  dispositional documents regarding its settlement with REGENCE BLUE SHIELD
3  OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS
4  BLUESHIELD is extended to May 23, 2008.
5      **IT IS SO ORDERED.**

Dated:  April 23, 2008

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```

- 5 -

STIPULATION AND [PROPOSED] ORDER      Case No.2:07 CV 01818 GEB DAD