1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone:  (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  DAMERON HOSPITAL                    )  Case No.: 2:07 CV 01818 GEB
    ASSOCIATION, a California Non-      )  DAD
12  Profit Assocation,                  )
                                        )  **STIPULATION AND ORDER**
13                                      )  **CONTINUING DATE FOR**
                       Plaintiff,       )  **DAMERON HOSPITAL**
14                                      )  **ASSOC. TO FILE**
         vs.                            )  **DISPOSITIONAL**
15                                      )  **DOCUMENTS RE:**
    BLUE SHIELD OF CALIFORNIA           )  **SETTLEMENTS WITH**
16  LIFE AND HEALTH INSURANCE           )  **EXCELLUS BLUECROSS**
    COMPANY, a California Corporation,  )  **BLUESHIELD AND**
17  et al.                              )  **BLUECROSS BLUESHIELD**
                                        )  **OF MASSACHUSETTS**
18                     Defendants.      )
                                        )
19

20       TO THE HONORABLE COURT AND TO ALL INTERESTED
21
    PARTIES AND THEIR COUNSEL OF RECORD:
22
         Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"),
23
    and Defendants EXCELLUS BLUECROSS BLUESHIELD and BLUECROSS
24
    BLUESHIELD OF MASSACHUSETTS ("Settling Defendants") have reached a
25
    settlement in principle disposing of this matter, which will also dispose of the
26
    following defendants: Emma Durrell and Geanna Cannady;
27

28

                                       - 1 -
    STIPULATION AND [PROPOSED] ORDER                Case No.2:07 CV 01818 GEB DAD

1    Whereas Plaintiff filed a Notice of Settlement regarding BLUECROSS
2    BLUESHIELD OF MASSACHUSETTS on 4/2/08 and whereas dispositional
3    documents for EXCELLUS BLUECROSS BLUESHIELD are due on 4/28/08; and
4    Whereas Local Rule 16-160 calls for dispositional documents to be filed
5    within twenty ("20") days following a Notice of Settlement; and
6    Whereas Plaintiff and Settling Defendants have reached a settlement in
7    principle and anticipate a final executed settlement agreement will be completed
8    within roughly thirty ("30") days of the filing of this stipulation; and
9    Whereas Dameron does not anticipate it will need any further stipulations to
10   finish settlement and dismiss these parties.
11   Now therefore, Dameron and Settling Defendants, by and through their
12   respective counsel, hereby stipulate to extend the due date for Dameron to file
13   dispositional documents related to its settlement with Settling Defendants (and
14   corresponding parties) to May 23, 2008.
15   Good cause exists for continuing the due date for dispositional documents
16   regarding Settling Defendants to May 23, 2008 because Dameron has reached a
17   settlement with Settling Defendants that is dispositive of this matter as to Settling
18   Defendants and numerous other defendants, and anticipates that a final executed
19   settlement and release allowing dismissal of those parties will be completed on or
20   before May 23, 2008.  Dameron does not anticipate the need for further extensions.
21   A proposed order is being filed concurrently herewith.
22   **IT IS SO STIPULATED.**
23
24   DATED: ___4/23/08_____         HATTON, PETRIE & STACKLER, APC
25
26                                        _____/s/_____
                                          By: JOHN A. McMAHON
27                                        Attorneys for DAMERON HOSPITAL
                                          ASSOCIATION
28

- 2 -

- 3 -

1 **IT IS SO STIPULATED.**

2 DATED: ____4/23/08_____          MESERVE, MUMPER & HUGHES, LLP

3

4                                        _____/s/_____

5                                        By: CAROL LEWIS
                                         Attorneys for SETTLING
6                                        DEFENDANTS
7                                        *(As Authorized on 4/23/08)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11
12  DAMERON HOSPITAL                )   Case No.: 2:07 CV 01818 GEB
    ASSOCIATION, a California Non-  )   DAD
    Profit Assocation,              )
13                                  )   **[PROPOSED] ORDER
                                    )   CONTINUING DUE DATE
14                       Plaintiff, )   FOR DISPOSITIONAL
                                    )   DOCUMENTS RE:
15       vs.                        )   SETTLEMENT WITH
                                    )   EXCELLUS BLUECROSS
16  BLUE SHIELD OF CALIFORNIA       )   BLUESHIELD AND
    LIFE AND HEALTH INSURANCE       )   BLUECROSS BLUESHIELD
    COMPANY, a California Corporation, )   OF MASSACHUSETTS**
17  et al.                          )
                                    )
18                      Defendants. )
                                    )
19

20
21
22

23       The Court, having reviewed the stipulation between Plaintiff Dameron

24  Hospital Association ("Dameron") and Defendants EXCELLUS BLUECROSS

25  BLUESHIELD and BLUECROSS BLUESHIELD OF MASSACHUSETTS to

26  continue the due date for filing dispositional documents regarding settlement

27  between the parties to May 23, 2008, and finding good cause therefore, **IT IS**

28

1 **HEREBY ORDERED** that the due date for Dameron to file dispositional
2 documents regarding its settlement with EXCELLUS BLUECROSS
3 BLUESHIELD and BLUECROSS BLUESHIELD OF MASSACHUSETTS is
4 extended to May 23, 2008.
5     **IT IS SO ORDERED.**
6
7 Dated:  April 28, 2008
8
9
10
11 GARLAND E. BURRELL, JR.
12 Chief United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -