HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-4222
g_hatton@hattonpetrie.com

**GREGORY M. HATTON [Cal. SBN 119810]**
**JOHN A. McMAHON [Cal. SBN 237261]**

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>                              Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENTS WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD ("Settling Defendants") have reached a settlement in principle disposing of this matter, which will also dispose of the following defendants: Winco Foods, Inc., and its Employee Benefits Plan, HJ Heinz Co., and its employee benefits plan, The Hershey Co., and

- 1 -

STIPULATION AND [PROPOSED] ORDER                                     Case No.2:07 CV 01818 GEB DAD

1  its Employee Benefits Plan, Marisha Morgan, Candido Gomez, Carlos Sanchez,
2  Madeline Mann, and Frank Dumlao; and
3      Whereas Plaintiff filed a Notice of Settlement regarding these settlements on
4  4/2/08; and
5      Whereas Local Rule 16-160 calls for dispositional documents to be filed
6  within twenty ("20") days following a Notice of Settlement; and
7      Whereas the Court previously granted an extension for filing dispositional
8  documents for all of these settlements to May 23, 2008; and
9      Whereas Plaintiff and Settling Defendants have reached a settlement in
10 principle and anticipate a final executed settlement agreement will be completed
11 within thirty ("30") days of the filing of this stipulation; and
12     Whereas the only remaining issues that need to be resolved in completing
13 the settlements and releases is the scope of the release Dameron will make and the
14 specific language for such release; and
15     Whereas the settling parties have been actively and diligently negotiating
16 such language.
17     Now therefore, Dameron and Settling Defendants, by and through their
18 respective counsel, hereby stipulate to extend the due date for Dameron to file
19 dispositional documents related to its settlement with Settling Defendants (and
20 corresponding parties) to June 23, 2008.
21     Good cause exists for continuing the due date for dispositional documents
22 regarding Settling Defendants to June 23, 2008 because Dameron has reached a
23 settlement with Settling Defendants that is dispositive of this matter as to Settling
24 Defendants and numerous other defendants, and anticipates that a final executed
25 settlement and release allowing dismissal of those parties will be completed on or
26 before June 23, 2008.
27
28 / / /

1  A proposed order is being filed concurrently herewith.

2

3  **IT IS SO STIPULATED.**

4

5  DATED: ___5/21/08_____   HATTON, PETRIE & STACKLER, APC

6

7  _____/s/_____
   By: JOHN A. McMAHON

8  Attorneys for DAMERON HOSPITAL
   ASSOCIATION

9

10  **IT IS SO STIPULATED.**

11  DATED: ____5/21/08_____   BARGER & WOLEN, LLP

12

13  _____/s/_____

14  By: SARAH HOUSHIAR
    Attorneys for SETTLING

15  DEFENDANTS
    *(As Authorized on 5/21/08)*

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER         Case No.2:07 CV 01818 GEB DAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD to continue the due date for filing dispositional documents regarding settlement between the parties from May 23, 2008 to June 23, 2008, and

1 finding good cause therefore, **IT IS HEREBY ORDERED** that the due date for
2 Dameron to file dispositional documents regarding its settlement with REGENCE
3 BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK
4 BLUECROSS BLUESHIELD is extended to June 23, 2008.
5     **IT IS SO ORDERED.**
6
7
8 Dated: May 22, 2008
9
10     GARLAND E. BURRELL, JR.
    United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -