1 | HATTON, PETRIE & STACKLER APC
Attorneys at Law
2 | 20281 Birch Street, Suite 100
Newport Beach, CA 92660
3 | Telephone: (949) 474-4222
g_hatton@hattonpetrie.com
4
**GREGORY M. HATTON [Cal. SBN 119810]**
5 | **JOHN A. McMAHON [Cal. SBN 237261]**

6 | Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION
7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENTS WITH EXCELLUS BLUECROSS BLUESHIELD AND BLUECROSS BLUESHIELD OF MASSACHUSETTS** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and Defendants EXCELLUS BLUECROSS BLUESHIELD and BLUECROSS BLUESHIELD OF MASSACHUSETTS ("Settling Defendants") have reached a settlement in principle disposing of this matter, which will also dispose of the following defendants: Emma Durrell and Geanna Cannady;

- 1 -

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　　Case No.2:07 CV 01818 GEB DAD

1  Whereas Plaintiff filed a Notice of Settlement regarding BLUECROSS
2  BLUESHIELD OF MASSACHUSETTS on 4/2/08 and whereas dispositional
3  documents for EXCELLUS BLUECROSS BLUESHIELD were due on 4/28/08
4  per Local Rule 16-160 (dispositional documents to be filed within twenty ("20")
5  days following a Notice of Settlement); and
6  Whereas the Court previously granted an extension for filing dispositional
7  documents for both settlements to May 23, 2008; and
8  Whereas Plaintiff and Settling Defendants have reached a settlement in
9  principle and anticipate a final executed settlement agreement will be completed
10 within thirty ("30") days of the filing of this stipulation; and
11 Whereas Dameron does not anticipate it will need any further stipulations to
12 finish settlement and dismiss these parties;
13 Whereas the only remaining issues that need to be resolved in completing
14 the settlements and releases is the scope of the release Dameron will make and the
15 specific language for such release; and
16 Whereas the settling parties have been actively and diligently negotiating
17 such language.
18 Now therefore, Dameron and Settling Defendants, by and through their
19 respective counsel, hereby stipulate to extend the due date for Dameron to file
20 dispositional documents related to its settlement with Settling Defendants (and
21 corresponding parties) from May 23, 2008 to June 23, 2008.
22 Good cause exists for continuing the due date for dispositional documents
23 regarding Settling Defendants to June 23, 2008 because Dameron has reached a
24 settlement with Settling Defendants that is dispositive of this matter as to Settling
25 Defendants and numerous other defendants, and anticipates that a final executed
26 settlement and release allowing dismissal of those parties will be completed on or
27 before June 23, 2008.
28

STIPULATION AND [PROPOSED] ORDER                                    Case No.2:07 CV 01818 GEB DAD

- 3 -

1    A proposed order is being filed concurrently herewith.

2    **IT IS SO STIPULATED.**

4    DATED: ___5/21/08_____    HATTON, PETRIE & STACKLER, APC

6    _____/s/_____
     By: JOHN A. McMAHON
7    Attorneys for DAMERON HOSPITAL
     ASSOCIATION

8    **IT IS SO STIPULATED.**

10   DATED: ____5/21/08_____    MESERVE, MUMPER & HUGHES, LLP

12   _____/s/_____
     By: CAROL LEWIS
13   Attorneys for SETTLING
     DEFENDANTS
14   *(As Authorized on 5/21/08)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH EXCELLUS BLUECROSS BLUESHIELD AND BLUECROSS BLUESHIELD OF MASSACHUSETTS** |

　　　The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants EXCELLUS BLUECROSS BLUESHIELD and BLUECROSS BLUESHIELD OF MASSACHUSETTS to continue the due date for filing dispositional documents regarding settlement between the parties from May 23, 2008 to June 23, 2008, and finding good cause

1  therefore, **IT IS HEREBY ORDERED** that the due date for Dameron to file
2  dispositional documents regarding its settlement with EXCELLUS BLUECROSS
3  BLUESHIELD and BLUECROSS BLUESHIELD OF MASSACHUSETTS is
4  extended to June 23, 2008.
5      **IT IS SO ORDERED.**

Dated:  May 22, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

- 5 -

STIPULATION AND [PROPOSED] ORDER     Case No.2:07 CV 01818 GEB DAD