1  PROSKAUER ROSE LLP
   ARTHUR F. SILBERGELD, SBN 81093
2  asilbergeld@proskauer.com
   DAVID G. GROSS, SBN 252298
3  dgross@proskauer.com
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone:   (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant
   The Hershey Company

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | DAMERON HOSPITAL ASSOCIATION, | ) | Case No. 2:07-CV-01818-GEB-DAD |
   |---|---|---|
12 |  | ) | Hon. Garland E. Burrell, Jr. |
   | Plaintiff, | ) |  |
13 |  | ) | **[PROPOSED] ORDER** |
   | v. | ) |  |
14 |  | ) | [Eastern District Local Rule 6-144] |
   | CALIFORNIA PHYSICIANS SERVICE, ET | ) |  |
15 | AL., | ) |  |
   |  | ) |  |
16 | Defendants. | ) | [Complaint filed June 22, 2007] |
   |  | ) |  |
17 | _____ | ) |  |

18

19

20

21

22

23

24

25

26

27

28

7727/35820-002
Current/11185547v

**[PROPOSED] ORDER**

Having read and considered the parties' Joint Stipulation Seeking Approval to Extend Time to Respond to the Second Amended Complaint, and good causing appearing therein,

IT IS HEREBY ORDERED that Defendant The Hershey Company's time to answer, move, or otherwise respond to the Second Amended Complaint is hereby extended to and including July 11, 2008.

Dated:  June 12, 2008

Hon. Garland E. Burrell, Jr.