UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | CASE NO. 2:07-cv-01818-GEB-DAD<br><br>**[PROPOSED] ORDER GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANTS, H.J. HEINZ COMPANY AND H.J. HEINZ EMPLOYEE BENEFITS TRUST TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\StipulationExtendTime04-Order.wpd

1 *[Proposed] Order Granting Further Extension of Time to File Response*

1  The Court, having reviewed the stipulation between Plaintiff, Dameron Hospital Association ("Plaintiff") and Defendants, Defendants, H.J. Heinz Company and H.J. Heinz Employee Benefits Trust (collectively "Heinz"), for a further extension of time within which Heinz may answer or otherwise respond to Plaintiff's Second Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Heinz's response to the Second Amended Complaint *shall now be due on July 18, 2008.*

**IT IS SO ORDERED.**

Dated: June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Respectfully Submitted By:**
David A. Clinton, Esq. (Bar No. 150107)
Todd M. Austin, Esq. (Bar No. 232355)
CLINTON & CLINTON
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph. : (562) 216-5000
Fax: (562) 216-5001

PROOF OF SERVICE BY MAIL
(California Code of Civil Procedure § 1013A(3))

I am employed in the State of California. I am over the age of 18 years and not a party to the within action; my business address is 100 Oceangate, Fourteenth Floor, Long Beach, California 90802.

On June 12, 2008, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANTS, H.J. HEINZ COMPANY AND H.J. HEINZ EMPLOYEE BENEFITS TRUST TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]** on parties therein in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Long Beach, California, addressed as follow

**SEE SERVICE LIST BELOW**

I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for the mailing in affidavit.

__X__   (E-File) Pursuant to United States District Court, Eastern District Civil Local Rules 5-133, et seq.

_____   (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California. Said envelope was addressed to the last known address of the parties served pursuant to Federal Rules of Civil Procedure, Rule 5(b)(2)(B).

_____   (By Fax) I caused such documents to be faxed at Long Beach, California from Fax number (562) 216-5001. The facsimile machine I used compiled with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

_____   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

__X__   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 12, 2008 at Long Beach, California.

_____
AMY JANSSON

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\StipulationExtendTime04-Order.wpd

3 *[Proposed] Order Granting Further Extension of Time to File Response*

**SERVICE LIST:**

Gregory M. Hatton, Esq.
**LAW OFFICES OF HATTON, PETRIE & STACKLER**
20281 Birch Street,
Suite 100
Newport Beach, California 92660
Ph. :(949) 474-4222

***Attorney for Plaintiff, Dameron Hospital Association***