UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>    Defendants. | CASE NO.: 2:07 CV 01818 GEB DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER** GRANTING A FURTHER EXTENSION OF TIME FOR DEFENDANTS PREMERA BLUE CROSS, EAGLE HOME MORTGAGE, LLC, EAGLE HOME MORTGAGE, LLC EMPLOYMENT BENEFIT PLAN, BLUECROSS BLUESHIELD OF TENNESSEE, REGENCE BLUESHIELD OF IDAHO, BLUE CROSS AND BLUE SHIELD OF NEBRASKA, HIGHMARK BLUE CROSS BLUE SHIELD, BLUE CROSS OF IDAHO, AND BLUE CROSS AND BLUE SHIELD OF MINNESOTA, TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Complaint Filed:   June 22, 2007 |

g:\docs\geb\dgeb2\orders for signature\stip for further extension to respond to sac - order2.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Bluecross Blueshield of Tennessee, Regence Blueshield of Idaho, Blue Cross and Blue Shield of Nebraska, Highmark Blue Cross Blue Shield, Blue Cross of Idaho, and Blue Cross and Blue Shield of Minnesota (collectively "Defendants"), for a further extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response to the Second Amended Complaint **shall now be due no later than July 18, 2008.**

**IT IS SO ORDERED.**

Dated June 12, 2008

GARLAND E. BURRELL
JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**Respectfully Submitted By**:
John M. LeBlanc (155842)
John C. Holmes (120578)
Bryan C. Crawley (197915)
Sarah Houshiar (235084)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Bluecross Blueshield of Tennessee, Regence Blueshield of Idaho, Blue Cross and Blue Shield of Nebraska, Highmark Blue Cross Blue Shield, Blue Cross of Idaho, and Blue Cross and Blue Shield of Minnesota

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-i-