SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
WINCO FOODS, INC., CHILDREN'S CARE
PLUS PREFERRED PROVIDER ORGANIZATION
and CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.,<br><br>Defendants. | Case No. 2:07-cv-01818-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS WINCO FOODS, INC., CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION, AND CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]** |

Pursuant to Rules 6-144 and 83-143 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants WinCo Foods, Inc. ("WinCo"), Children's Care Plus Preferred Provider Organization ("Children's Care"), and Children's Hospitals and Clinics of Minnesota ("Children's Hospitals") (collectively "Defendants"), by and through their respective counsel, hereby stipulate to an extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint filed by Plaintiff. Accordingly, as Defendants' response to Plaintiff's Second Amended Complaint is presently due to be filed on June 18, 2008, it is hereby stipulated that such response is now due on July 18, 2008.

1  Good cause exists for this extension because Plaintiff and Defendants continue to make
2  progress towards settlement. Plaintiff and Defendants anticipate that settlement discussions will
3  be completed prior to July 18, 2008, and request that an extension of time within which
4  Defendants may answer or otherwise respond to the Second Amended Complaint be granted
5  until that date.

**IT IS SO STIPULATED:**

DATED:  June 13, 2008                                        SEYFARTH SHAW LLP


By____/s/ James D. McNairy_____
         James M. Nelson
         James D. McNairy
Attorneys for Defendants
WINCO FOODS, INC., CHILDREN'S
CARE PLUS PREFERRED PROVIDER
ORGANIZATION and CHILDREN'S
HOSPITALS AND CLINICS OF
MINNESOTA

DATED: June ___, 2008                                        HATTON, PETRIE & STACKLER APC


By___/s/ *John A. McMahon*_____
         John A. McMahon
Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION
*As authorized on June 13, 2008*____

**IT IS SO ORDERED:**

6/16/08

___[signature]___
Hon. Garland E. Burrell, Jr.
United States District Judge

-2-
STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANTS' TO RESPOND TO SECOND AMENDED COMPLAINT

SC1 17094184.1