1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  DAMERON HOSPITAL                        ) Case No.: 2:07 CV 01818 GEB
12  ASSOCIATION, a California Non-          ) DAD
    Profit Assocation,                      )
13                                          ) **STIPULATION AND ORDER**
                           Plaintiff,       ) **CONTINUING DATE FOR**
14                                          ) **DAMERON HOSPITAL**
         vs.                                ) **ASSOC. TO FILE**
15                                          ) **DISPOSITIONAL**
                                            ) **DOCUMENTS RE:**
16  BLUE SHIELD OF CALIFORNIA               ) **SETTLEMENTS WITH**
    LIFE AND HEALTH INSURANCE               ) **REGENCE BLUE SHIELD OF**
17  COMPANY, a California Corporation,      ) **IDAHO, BLUE CROSS OF**
    et al.                                  ) **IDAHO, HIGHMARK**
18                                          ) **BLUECROSS BLUESHIELD,**
                           Defendants.      ) **AND BLUECROSS**
19                                          ) **BLUESHIELD OF**
                                            ) **TENNESSEE, INC.**
20                                          )

21

22       TO THE HONORABLE COURT AND TO ALL INTERESTED

23  PARTIES AND THEIR COUNSEL OF RECORD:

24       Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"),

25  and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF

26  IDAHO, HIGHMARK BLUECROSS BLUESHIELD, and BLUECROSS

27  BLUESHIELD OF TENNESSEE, INC. ("Settling Defendants") have reached a

28

1  settlement in principle disposing of this matter, which will also dispose of the
2  following defendants: Winco Foods, Inc., and its Employee Benefits Plan, HJ
3  Heinz Co., and its employee benefits plan, The Hershey Co., and its Employee
4  Benefits Plan, Marisha Morgan, Candido Gomez, Carlos Sanchez, Madeline Mann,
5  Frank Dumlao, and Irene Hernandez; and
6      Whereas Plaintiff previously filed Notices of Settlement regarding these
7  settlements; and
8      Whereas Local Rule 16-160 calls for dispositional documents to be filed
9  within twenty ("20") days following a Notice of Settlement; and
10     Whereas the Court previously granted an extension for filing dispositional
11 documents on the settlements with REGENCE BLUE SHIELD OF IDAHO,
12 BLUE CROSS OF IDAHO, and HIGHMARK BLUECROSS BLUESHIELD to
13 6/23/08; and
14     Whereas dispositional documents on the settlement with BLUECROSS
15 BLUESHIELD OF TENNESSEE, INC. are presently due 6/16/08; and
16     Whereas Plaintiff and Settling Defendants have reached a settlement in
17 principle and anticipate a final executed settlement agreement will be completed
18 within thirty ("30") days of the filing of this stipulation; and
19     Whereas the only remaining issues that need to be resolved in completing
20 the settlements and releases is the specific language for such settlements and
21 releases; and
22     Whereas the settling parties have been actively and diligently negotiating
23 such language; and
24     Whereas as these settlement and release agreements have taken longer to
25 negotiate that anticipated due to the complexity of the issues involved.
26     Now therefore, Dameron and Settling Defendants, by and through their
27 respective counsel, hereby stipulate to extend the due date for Dameron to file
28

1  dispositional documents related to its settlement with Settling Defendants (and
2  corresponding parties) to July 16, 2008.
3      Good cause exists for continuing the due date for dispositional documents
4  regarding Settling Defendants to July 16, 2008 because Dameron has reached a
5  settlement with Settling Defendants that is dispositive of this matter as to Settling
6  Defendants and numerous other defendants, and anticipates that a final executed
7  settlement and release allowing dismissal of those parties will be completed on or
8  before July 16, 2008.
9      A proposed order is being filed concurrently herewith.
10
11  **IT IS SO STIPULATED.**
12
13  DATED: ___6/13/08_____     HATTON, PETRIE & STACKLER, APC
14
15                                    _____/s/_____
                                     By: JOHN A. McMAHON
16                                    Attorneys for DAMERON HOSPITAL
                                     ASSOCIATION
17
18  **IT IS SO STIPULATED.**
19  DATED: ____6/12/08_____    BARGER & WOLEN, LLP
20
21                                    _____/s/_____
                                     By: SARAH HOUSHIAR
22                                    Attorneys for SETTLING
23                                    DEFENDANTS
                                     *(As Authorized on 6/12/08)*
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, HIGHMARK BLUECROSS BLUESHIELD, AND BLUECROSS BLUESHIELD TENNESSEE, INC.** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, HIGHMARK BLUECROSS BLUESHIELD, and BLUECROSS BLUESHIELD TENNESSEE, INC. to continue the due date for filing dispositional documents regarding settlement

1  between the parties to a consolidated date on July 16, 2008, and finding good cause

2  therefore, **IT IS HEREBY ORDERED** that the due date for Dameron to file

3  dispositional documents regarding its settlement with REGENCE BLUE SHIELD

4  OF IDAHO, BLUE CROSS OF IDAHO, HIGHMARK BLUECROSS

5  BLUESHIELD, and BLUECROSS BLUESHIELD ON TENNESSEE, INC., is

6  extended to July 16, 2008.

7  **IT IS SO ORDERED.**

10  Dated: 6/ 16/08

**GARLAND E. BURRELL**
**UNITED STATES DISTRICT**
**JUDGE**