HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone:  (949) 474-4222
g_hatton@hattonpetrie.com

**GREGORY M. HATTON [Cal. SBN 119810]**
**JOHN A. McMAHON [Cal. SBN 237261]**

Attorneys for plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>STIPULATION EXTENDING THE TIME FOR DEFENDANTS CLEARWIRE CORPORATION AND CLEARWIRE CORPORATION GROUP HEALTH PLAN TO ANSWER OR OTHERWISE PLEAD |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation and Clearwire Corporation Group Health Plan ("Defendants"), by and through

1  their respective counsel, hereby stipulate to a **thirty-day** extension of time within
2  which Defendants may answer or otherwise respond to the Second Amended
3  Complaint filed by Plaintiff.  Defendants have not previously been granted any
4  extensions.

5       Good cause exists for a thirty-day extension of time, such that a pleading
6  filed on or before **July 26, 2008** shall be deemed timely, because Defendants and
7  Plaintiff are discussing settlement.  A 30 day extension will facilitate these
8  settlement discussions without unnecessary cost and expense being incurred by the
9  parties hereto.

10      As required by Local Rules 6-144 and 83-143, a proposed order is being
11 filed concurrently herewith.

12 **IT IS SO STIPULATED.**

14 DATED: __6/16/08_____     HATTON, PETRIE & STACKLER, APC

16      _____/s/_____
     By: John A. McMahon
17      Attorneys for DAMERON HOSPITAL
     ASSOCIATION

20 DATED: ___6/17/08_____     DAVIS WRIGHT TREMAINE, LLP

22      _____/s/_____
     By: Joseph E Addiego III
23      Attorneys for CLEARWIRE
     CORPORATION and CLEARWIRE
     CORPORATION GROUP HEALTH
     PLAN
     *As authorized on 6/17/08*

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>                    Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS CLEARWIRE CORPORATION AND CLEARWIRE CORPORATION GROUP HEALTH PLAN TO ANSWER OR OTHERWISE PLEAD |

         The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation and Clearwire Corporation Group Health Plan ("Defendants") for a **thirty-day**

- 3 -

1  extension of time within which Defendants may answer or otherwise respond to
2  the Second Amended Complaint filed by Plaintiff, and finding good cause
3  therefore, IT IS HEREBY ORDERED that Defendants' response shall now be due
4  no later than **July 26, 2008**.
5        **IT IS SO ORDERED.**
6  Dated: June 18, 2008

                                GARLAND E. BURRELL, JR.
                                United States District Judge

STIPULATION AND PROPOSED ORDER          Case No.2:07 CV 01818 GEB DAD