1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone:  (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  ————————————————————  ) Case No.: 2:07 CV 01818 GEB
    DAMERON HOSPITAL                ) DAD
12  ASSOCIATION, a California Non-  )
    Profit Assocation,              ) **STIPULATION AND ORDER**
13                                  ) **CONTINUING DATE FOR**
                          Plaintiff, ) **DAMERON HOSPITAL**
14                                  ) **ASSOC. TO FILE**
        vs.                         ) **DISPOSITIONAL**
15                                  ) **DOCUMENTS RE:**
    BLUE SHIELD OF CALIFORNIA       ) **SETTLEMENT WITH**
16  LIFE AND HEALTH INSURANCE       ) **BLUECROSS BLUESHIELD**
    COMPANY, a California Corporation, ) **OF MASSACHUSETTS**
17  et al.                          )
                                    )
18                      Defendants. )
                                    )
19  ————————————————————  )

20

21

22        TO THE HONORABLE COURT AND TO ALL INTERESTED

23  PARTIES AND THEIR COUNSEL OF RECORD:

24        Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"),

25  and Defendant BLUECROSS BLUESHIELD OF MASSACHUSETTS ("Settling

26  Defendant") have reached a settlement in principle disposing of this matter, which

27  will also dispose of defendants Emma Durrell and Jennaneyfe Bentulan; and

28

STIPULATION AND [PROPOSED] ORDER                          Case No.2:07 CV 01818 GEB DAD

1    Whereas Plaintiff filed a Notice of Settlement regarding BLUECROSS

2    BLUESHIELD OF MASSACHUSETTS on 4/2/08; and

3    Whereas dispositional documents for BLUECROSS BLUESHIELD OF

4    MASSACHUSETTS are currently due 6/23/08; and

5    Whereas Plaintiff and Settling Defendant have reached a settlement in

6    principle and anticipate a final executed settlement agreement will be completed

7    within thirty ("30") days of the filing of this stipulation; and

8    Whereas the only remaining issues that need to be resolved in completing

9    the settlement and release is the specific language for the settlement and release;

10   and

11   Whereas the settling parties have been actively and diligently negotiating

12   such language; and

13   Whereas these settlement and release agreement has taken longer to

14   negotiate than anticipated due to the complexity of the issues involved.

15   Now therefore, Dameron and Settling Defendant, by and through their

16   respective counsel, hereby stipulate to extend the due date for Dameron to file

17   dispositional documents related to its settlement with Settling Defendant (and

18   corresponding parties) to July 26, 2008.

19   Good cause exists for continuing the due date for dispositional documents

20   regarding Settling Defendant to July 26, 2008 because Dameron has reached a

21   settlement with Settling Defendant that is dispositive of this matter as to Settling

22   Defendant and several other defendants, and anticipates that a final executed

23   settlement and release allowing dismissal of those parties will be completed on or

24   before July 26, 2008.

25

26

27   / /

28   / /

STIPULATION AND [PROPOSED] ORDER                           Case No.2:07 CV 01818 GEB DAD

1    A proposed order is being filed concurrently herewith.

2    **IT IS SO STIPULATED.**

3

4    DATED: ___6/18/08_____        HATTON, PETRIE & STACKLER, APC

5

6    _____/s/_____

     By: JOHN A. McMAHON
7    Attorneys for DAMERON HOSPITAL
     ASSOCIATION
8

9    **IT IS SO STIPULATED.**

10   DATED: ____6/18/08_____        MESERVE, MUMPER & HUGHES, LLP

11

12   _____/s/_____

13   By: CAROL LEWIS
     Attorneys for SETTLING
14   DEFENDANTS
     *(As Authorized on 6/18/08)*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                                          )  Case No.: 2:07 CV 01818 GEB
     DAMERON HOSPITAL                       )  DAD
12   ASSOCIATION, a California Non-         )
     Profit Assocation,                     )  **[PROPOSED] ORDER**
13                                          )  **CONTINUING DUE DATE**
                              Plaintiff,    )  **FOR DISPOSITIONAL**
14                                          )  **DOCUMENTS RE:**
           vs.                              )  **SETTLEMENT WITH**
15                                          )  **BLUECROSS BLUESHIELD**
     BLUE SHIELD OF CALIFORNIA              )  **OF MASSACHUSETTS**
16   LIFE AND HEALTH INSURANCE              )
     COMPANY, a California Corporation,     )
17   et al.                                 )
                                            )
18                            Defendants.   )
                                            )
19

20

21

22

23        The Court, having reviewed the stipulation between Plaintiff Dameron

24   Hospital Association ("Dameron") and Defendant BLUECROSS BLUESHIELD

25   OF MASSACHUSETTS to continue the due date for filing dispositional

26   documents regarding settlement between the parties from June 23, 2008 to July 26,

27   2008, and finding good cause therefore, **IT IS HEREBY ORDERED** that the due

28

                                      - 4 -

STIPULATION AND [PROPOSED] ORDER                              Case No.2:07 CV 01818 GEB DAD

1   date for Dameron to file dispositional documents regarding its settlement with

2   BLUECROSS BLUESHIELD OF MASSACHUSETTS is extended to July 26,

3   2008.

4       **IT IS SO ORDERED.**

5

6

7   6/19/08                                                    _____

8                                                              **GARLAND E. BURRELL ,**
                                                               **UNITED STATES DISTRICT**
9                                                              **JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                    Case No.2:07 CV 01818 GEB DAD