PROSKAUER ROSE LLP
ARTHUR F. SILBERGELD, SBN 81093
asilbergeld@proskauer.com
DAVID G. GROSS, SBN 252298
dgross@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant
The Hershey Company

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, | Case No. 2:07-CV-01818-GEB-DAD |
| Plaintiff, | Hon. Garland E. Burrell, Jr. |
| v. | **[PROPOSED] ORDER** |
| CALIFORNIA PHYSICIANS SERVICE, ET AL., | [Eastern District Local Rule 6-144] |
| Defendants. | [Complaint filed June 22, 2007] |

7727/35820-002
Current/11185547v

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Having read and considered the parties' Joint Stipulation Seeking Approval to Extend Time to Respond to the Second Amended Complaint, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendant The Hershey Company's time to answer, move, or otherwise respond to the Second Amended Complaint is hereby extended to and including August 11, 2008.

Dated: July 11, 2008

United States District Judge