1  SEYFARTH SHAW LLP
   James M. Nelson (SBN 116442)
2  James D. McNairy (SBN 230903)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   WINCO FOODS, INC., CHILDREN'S CARE
6  PLUS PREFERRED PROVIDER ORGANIZATION
   and CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | DAMERON HOSPITAL ASSOCIATION, a California Non Profit Association, | Case No. 2:07-cv-01818-GEB-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS WINCO FOODS, INC., CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION, AND CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]** |
| v. | |
| CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al., | |
| Defendants. | |

     Pursuant to Rules 6-144 and 83-143 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants WinCo Foods, Inc. ("WinCo"), Children's Care Plus Preferred Provider Organization ("Children's Care"), and Children's Hospitals and Clinics of Minnesota ("Children's Hospitals") (collectively "Defendants"), by and through their respective counsel, hereby stipulate to an extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint filed by Plaintiff.  Accordingly, as Defendants' response to Plaintiff's Second Amended Complaint is presently due to be filed on July 18, 2008, it is hereby stipulated that such response is now due on August 18, 2008.

-1-
STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

SC1 17095236.1

1  Good cause exists for this extension because Plaintiff and Defendants continue to make progress towards settlement. Plaintiff and Defendants anticipate that settlement discussions will be completed prior to August 18, 2008, and request that an extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint be granted until that date.

**IT IS SO STIPULATED:**

DATED:  July 16, 2008                    SEYFARTH SHAW LLP


By   /s/ James D. McNairy
    James M. Nelson
    James D. McNairy
Attorneys for Defendants
WINCO FOODS, INC., CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION and CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

DATED: July 16, 2008                     HATTON, PETRIE & STACKLER APC


By   /s/ *John A. McMahon*
    John A. McMahon
Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION
*As authorized on July 16, 2008*

**IT IS SO ORDERED:**

7/21/08

Hon. Garland E. Burrell, Jr.
United States District Judge

-2-
STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

SC1 17095236.1