UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, et al.,<br><br>Defendants. | Case No. 2:07-cv-01818 GEB DAD<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT HEALTH CARE SERVICE CORPORATION d/b/a BLUECROSS BLUESHIELD OF ILLINOIS TO RESPOND TO SECOND AMENDED COMPLAINT |

The Court, having reviewed the Stipulation between Plaintiff, DAMERON HOSPITAL ASSOCIATION and Defendant, HEALTH CARE SERVICE CORPORATION d/b/a BLUECROSS BLUESHIELD OF ILLINOIS to further extend time for Defendant to respond to the Second Amended Complaint, finds that good cause exist to enter an order approving said Stipulation.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

1 Defendant, HEALTH CARE SERVICE CORPORATION d/b/a
2 BLUECROSS BLUESHIELD OF ILLINOIS shall have up and through August 20,
3 2008 to respond to the Plaintiff's Second Amended Complaint.

5 Dated: 7/21/08

    _____
6   Hon. Garland E. Burrell, Jr., United States
    District Judge

8 SUBMITTED BY:

9 MESERVE, MUMPER & HUGHES LLP
William E. von Behren
10 Carol B. Lewis
Frederic Esrailian

12
By:   /s/
13    ─────────────────────────────
      Frederic Esrailian
      Attorneys for Defendant
14    HEALTH CARE SERVICE CORPORATION

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95069.1

2

[PROPOSED] ORDER TO EXTEND TIME
FOR DEFENDANT HEALTH CARE
SERVICE CORPORATION TO RESPOND
TO SECOND AMENDED COMPLAINT