1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  DAMERON HOSPITAL ASSOCIATION, a<br>California Non-Profit Association, | CASE NO.: 2:07 CV 01818 GEB DAD |
| 11 | Hon. Garland E. Burrell, Jr. |
|     Plaintiff, | |
| 12 | **[PROPOSED] ORDER** GRANTING A |
|     vs. | FURTHER EXTENSION OF TIME FOR |
| 13 | DEFENDANTS PREMERA BLUE CROSS, |
|     | EAGLE HOME MORTGAGE, LLC, EAGLE |
| 14  BLUE SHIELD OF CALIFORNIA LIFE<br>AND HEALTH INSURANCE COMPANY, a | HOME MORTGAGE, LLC EMPLOYMENT |
|     California Corporation, et al. | BENEFIT PLAN, REGENCE BLUESHIELD |
| 15 | OF IDAHO, BLUE CROSS AND BLUE |
|     | SHIELD OF NEBRASKA, HIGHMARK |
| 16     Defendants. | BLUE CROSS BLUE SHIELD, BLUE |
|     | CROSS OF IDAHO, BLUE CROSS AND |
| 17 | BLUE SHIELD OF MINNESOTA, BLUE |
|     | CROSS BLUE SHIELD OF KANSAS CITY, |
| 18 | AND CAREFIRST OF MARYLAND, INC., |
|     | TO RESPOND TO SECOND AMENDED |
| 19 | COMPLAINT |
| 20 | |
| 21 | Complaint Filed:   June 22, 2007 |

22
23
24
25
26
27
28

g:\docs\geb\dgeb2\orders for signature\stip for further extension to respond to sac - order3.doc

[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

1    The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association

2   ("Plaintiff") and Defendants Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home

3   Mortgage, LLC Employment Benefit Plan, Regence BlueShield of Idaho, Blue Cross and Blue

4   Shield of Nebraska, Highmark Blue Cross Blue Shield, Blue Cross of Idaho, Blue Cross and Blue

5   Shield of Minnesota, Blue Cross Blue Shield of Kansas City, and CareFirst of Maryland, Inc.

6   (collectively "Defendants"), for a further extension of time within which Defendants may answer or

7   otherwise respond to the Second Amended Complaint, and finding good cause therefore, IT IS

8   HEREBY ORDERED that Defendants' response to the Second Amended Complaint **shall now be**

9   **due no later than August 15, 2008.**

10    **IT IS SO ORDERED.**

11

12

13   Dated: _7/21/08

_____
GARLAND E. BURRELL
14   JUDGE, UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
15   CALIFORNIA

16

**Respectfully Submitted By**:
17   John M. LeBlanc (155842)
John C. Holmes (120578)
18   Bryan C. Crawley (197915)
Sarah Houshiar (235084)
19   BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
20   Los Angeles, California  90071
Telephone:  (213) 680-2800
21   Facsimile:  (213) 614-7399

22   Attorneys for Defendants
Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle
23   Home Mortgage, LLC Employment Benefit Plan,
Regence BlueShield of Idaho, Blue Cross and Blue
24   Shield of Nebraska, Highmark Blue Cross Blue Shield,
Blue Cross of Idaho, Blue Cross and Blue Shield of
25   Minnesota, Blue Cross Blue Shield of Kansas City, and
CareFirst of Maryland, Inc.

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800