1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENTS WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |

22       TO THE HONORABLE COURT AND TO ALL INTERESTED

23  PARTIES AND THEIR COUNSEL OF RECORD:

24       Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"),

25  and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF

26  IDAHO, and HIGHMARK BLUECROSS BLUESHIELD, ("Settling Defendants")

27  have reached a settlement in principle disposing of this matter, which will also

28

1  dispose of the following defendants: Winco Foods, Inc., and its Employee Benefits
2  Plan, HJ Heinz Co., and its employee benefits plan, The Hershey Co., and its
3  Employee Benefits Plan, Marisha Morgan, Candido Gomez, Carlos Sanchez,
4  Madeline Mann, and Frank Dumlao; and
5       Whereas Plaintiff previously filed Notices of Settlement regarding these
6  settlements; and
7       Whereas Local Rule 16-160 calls for dispositional documents to be filed
8  within twenty ("20") days following a Notice of Settlement; and
9       Whereas the Court previously granted an extension for filing dispositional
10 documents on the settlements with REGENCE BLUE SHIELD OF IDAHO,
11 BLUE CROSS OF IDAHO, and HIGHMARK BLUECROSS BLUESHIELD to
12 7/16/08; and
13      Whereas Plaintiff and Settling Defendants have reached settlements in
14 principle and negotiated all terms of said settlements and releases and anticipate
15 final executed settlement agreements and any settlement payments will be
16 completed within twenty ("20") days of the filing of this stipulation; and
17      Whereas the language of the settlement and releases has been completed and
18 the parties are merely waiting for return of executed settlements and releases and
19 any required payment of settlement sums; and
20      Whereas the settling parties have been actively and diligently pursuing
21 execution of the settlements and releases as well as payment of any settlement
22 sums required thereunder.
23      Now therefore, Dameron and Settling Defendants, by and through their
24 respective counsel, hereby stipulate to extend the due date for Dameron to file
25 dispositional documents related to its settlement with Settling Defendants (and
26 corresponding parties) twenty ("20") days to August 5, 2008.
27      Good cause exists for continuing the due date for dispositional documents
28 regarding Settling Defendants to August 5, 2008 because Dameron has reached a

1  settlement with Settling Defendants that is dispositive of this matter as to Settling
2  Defendants and numerous other defendants, and anticipates that a final executed
3  settlement and release allowing dismissal of those parties will be completed on or
4  before August 5, 2008.
5      A proposed order is being filed concurrently herewith.

7  **IT IS SO STIPULATED.**

9  DATED: ___7/15/08_____         HATTON, PETRIE & STACKLER, APC

11  _____/s/_____
    By: JOHN A. McMAHON
12  Attorneys for DAMERON HOSPITAL
    ASSOCIATION

13  **IT IS SO STIPULATED.**

15  DATED: ____7/16/08_____         BARGER & WOLEN, LLP

17  _____/s/_____
    By: SARAH HOUSHIAR
18  Attorneys for SETTLING
    DEFENDANTS
    *(As Authorized on 7/16/08)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>  Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>  Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, and HIGHMARK BLUECROSS BLUESHIELD to continue the due date for filing dispositional documents regarding settlement between the parties to a consolidated date on August 5, 2008, **ORDERS** that the due date for Dameron to file dispositional documents regarding its settlement with REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, and HIGHMARK BLUECROSS BLUESHIELD, is extended to August 5, 2008.

- 5 -

1     **IT IS SO ORDERED.**

4   Dated: 7/21/08

**GARLAND E. BURRELL
JUDGE, UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
CALIFORNIA**