```
HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-4222
g_hatton@hattonpetrie.com
```

**GREGORY M. HATTON [Cal. SBN 119810]**
**JOHN A. McMAHON [Cal. SBN 237261]**

Attorneys for plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>    Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS CLEARWIRE CORPORATION AND CLEARWIRE CORPORATION ERIS PLAN TO ANSWER OR OTHERWISE PLEAD |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation, and Clearwire Corporation ERISA Plan ("Defendants"), by and

1  through their respective counsel, hereby stipulate to an additional **thirty-day**
2  extension of time within which Defendants may answer or otherwise respond to
3  the Complaint filed by Plaintiff. Defendants were previously granted a thirty (30)
4  day extension by stipulation, and their response is currently due on July 25, 2008.
5     Good cause exists for an additional thirty-day extenswion of time, such that a
6  pleading filed on or before **August 25, 2008** shall be deemed timely, because
7  Defendants and Plaintiff are currently engaged in settlement negotiations and
8  believe that such a settlement negotiations will be finished prior to August 25,
9  2008.
10    As required by Local Rules 6-144 and 83-143, a proposed order is being
11  filed concurrently herewith.
12  **IT IS SO STIPULATED.**
13
14  DATED: __7/22/08_____          HATTON, PETRIE & STACKLER, APC
15
16                                         ___/s/ John A. McMahon_____
                                           By: John A. McMahon
17                                         Attorneys for DAMERON
                                           HOSPITALS ASSOCIATION
18
19
20  DATED: ___7/23/08_____          DAVIS, WRIGHT, ET AL.
21
22                                         ___/s/ Joeseph E. Addiego III_____
                                           By: Joseph E. Addiego III
23                                         Attorneys for Clearwire Defendants
                                           (*As authorized on 7/23/08*.)
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>                  Plaintiff,<br><br>  vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>                  Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS CLEARWIRE CORPORATION AND CLEARWIRE CORPORATION ERISA PLAN |

      The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation and Clearwire Corporation ERIS Plan ("Defendants") for an additional **thirty-day** extension of time within which Defendants may answer or otherwise respond to

1  the Complaint filed by Plaintiff, and finding good cause therefore, IT IS HEREBY

2  ORDERED that Defendants' response shall now be do on **August 25, 2008**.

3        **IT IS SO ORDERED.**

4

5  Dated: 7/24/08

                          **GARLAND E. BURRELL JR.**
                          **UNITED STATES DISTRICT JUDGE**