1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  |                                         |                                                  |
    |-----------------------------------------|--------------------------------------------------|
12  | DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation, | Case No.: 2:07 CV 01818 GEB DAD |
13  | Plaintiff,                              | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT LOLA MARX TO ANSWER OR OTHERWISE PLEAD |
14  | vs.                                     |                                                  |
15  | BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al. | |
16  |                                         |                                                  |
17  | Defendants.                             |                                                  |

18

19

20

21

22       TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23  THEIR COUNSEL OF RECORD:

24       Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court

25  for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association

26  ("Plaintiff") and Defendant Lola Marx ("Defendant"), by and through Dameron's counsel and

27  Ms. Marx in *propria persona*, hereby stipulate to an additional **thirty-day** extension of time

28

1  within which Defendant may answer or otherwise respond to the Second Amended Complaint

2  filed by Plaintiff.  Defendant Marx was previously granted a thirty (30) day extension by

3  stipulation, and her response is currently due on July 30, 2008.

4       Good cause exists for an additional thirty-day extension of time, such that a pleading

5  filed on or before **August 30, 2008** shall be deemed timely, because certain Defendants and

6  Plaintiff are currently engaged in settlement negotiations and believe that such settlement

7  negotiations will be finished prior to August 30, 2008, and may allow dismissal of Ms. Marx.

8       As required by Local Rules 6-144 and 83-143, a proposed order is being filed

9  concurrently herewith.

10  **IT IS SO STIPULATED.**

11

12  DATED: __7/29/08_____          HATTON, PETRIE & STACKLER, APC

13

14                                        /s/ John McMahon_____
                                          By: John A. McMahon
15                                        Attorneys for DAMERON HOSPITAL
                                          ASSOCIATION
16

17  DATED: ___7/29/08_____

18

19                                        /s/ Lola Marx_____
                                          By: Lola Marx
20                                        *IN PROPRIA PERSONA*
                                          *[As authorized on 7/29/08]*
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR LOLA MARX TO ANSWER OR OTHERWISE PLEAD |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendant Lola Marx ("Defendant") for an additional **thirty-day** extension of time within which Defendant may answer or otherwise respond to the Second

- 4 -

1  Amended Complaint filed by Plaintiff, orders that Defendant Lola Marx's response shall now be

2  do no later than **August 30, 2008**.

3

4      **IT IS SO ORDERED.**

5

6  Dated: 7/29/08

7                                    **GARLAND E. BURRELL JUDGE,**
                                  **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28