1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 |                                              ) Case No.: 2:07 CV 01818 GEB DAD
   DAMERON HOSPITAL ASSOCIATION, a                )
12 California Non-Profit Assocation,              ) **STIPULATION AND [PROPOSED]**
                                                  ) **ORDER CONTINUING DATE FOR**
13                            Plaintiff,          ) **DAMERON HOSPITAL ASSOC. TO**
                                                  ) **FILE DISPOSITIONAL**
14       vs.                                      ) **DOCUMENTS RE: SETTLEMENTS**
                                                  ) **WITH REGENCE BLUE SHIELD**
15 BLUE SHIELD OF CALIFORNIA LIFE                 ) **OF IDAHO, BLUE CROSS OF**
   AND HEALTH INSURANCE COMPANY,                  ) **IDAHO, AND HIGHMARK**
16 a California Corporation, et al.               ) **BLUECROSS BLUESHIELD**
                                                  )
17                            Defendants.         )
                                                  )
18                                                )
                                                  )
19                                                )
                                                  )
20 |_____)

21

22       TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23 THEIR COUNSEL OF RECORD:

24       Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and

25 Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, and

26 HIGHMARK BLUECROSS BLUESHIELD, ("Settling Defendants") have reached a settlement

27 in principle disposing of this matter, which will also dispose of the following defendants: Winco

28

1   Foods, Inc., and its Employee Benefits Plan, HJ Heinz Co., and its employee benefits plan, The
2   Hershey Co., and its Employee Benefits Plan, Marisha Morgan, Candido Gomez, Carlos
3   Sanchez, Madeline Mann, and Frank Dumlao; and
4          Whereas Plaintiff previously filed Notices of Settlement regarding these settlements; and
5          Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
6   ("20") days following a Notice of Settlement; and
7          Whereas the Court previously granted an extension for filing dispositional documents on
8   the settlements with REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, and
9   HIGHMARK BLUECROSS BLUESHIELD to 8/5/08; and
10         Whereas Plaintiff and Settling Defendants have reached settlements in principle and
11  negotiated all terms of said settlements and releases and anticipate final executed settlement
12  agreements and any settlement payments will be completed within twenty ("20") days of the
13  filing of this stipulation; and
14         Whereas the language of the settlement and releases has been completed and the parties
15  are merely waiting for return of executed settlements and releases and any required payment of
16  settlement sums; and
17         Whereas the settling parties have been actively and diligently pursuing execution of the
18  settlements and releases as well as payment of any settlement sums required thereunder.
19         Now therefore, Dameron and Settling Defendants, by and through their respective
20  counsel, hereby stipulate to extend the due date for Dameron to file dispositional documents
21  related to its settlement with Settling Defendants (and corresponding parties) twenty ("20") days
22  to August 25, 2008.
23         Good cause exists for continuing the due date for dispositional documents regarding
24  Settling Defendants to August 25, 2008 because Dameron has reached a settlement with Settling
25  Defendants that is dispositive of this matter as to Settling Defendants and numerous other
26  defendants, and anticipates that final executed settlements and releases and any payment to
27  Dameron allowing dismissal of those parties will be completed on or before August 25, 2008.
28

1     A proposed order is being filed concurrently herewith.

2

3     **IT IS SO STIPULATED.**

4

5     DATED: ___8/1/08_____     HATTON, PETRIE & STACKLER, APC

6

7     /s/ John McMahon_____
    By: JOHN A. McMAHON

8     Attorneys for DAMERON HOSPITAL ASSOCIATION

9     **IT IS SO STIPULATED.**

10

11     DATED: ____8/1/08_____     BARGER & WOLEN, LLP

12

13     /s/ Sarah Houshiar_____
    By: SARAH HOUSHIAR

14     Attorneys for SETTLING DEFENDANTS
    *(As Authorized on 8/1/08)*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, AND HIGHMARK BLUECROSS BLUESHIELD** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF IDAHO, and HIGHMARK BLUECROSS BLUESHIELD to continue the due date for filing dispositional documents regarding settlement between the parties to a consolidated date on August 25, 2008, **ORDERS** that the due date for Dameron to file dispositional documents

- 4 -

1  regarding its settlement with REGENCE BLUE SHIELD OF IDAHO, BLUE CROSS OF

2  IDAHO, and HIGHMARK BLUECROSS BLUESHIELD, is extended to August 25, 2008.

3  **IT IS SO ORDERED.**

4

5

6  8/4/08

  _____
  GARLAND E. BURRELL ,
7  UNITED STATES DISTRICT
  JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28