1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone:  (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  _____   )   Case No.: 2:07 CV 01818 GEB DAD
                                       )
    DAMERON HOSPITAL ASSOCIATION, a    )
12  California Non-Profit Assocation,  )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING DATE FOR**
13                           Plaintiff,)   **DAMERON HOSPITAL ASSOC. TO**
                                       )   **FILE DISPOSITIONAL**
14       vs.                           )   **DOCUMENTS RE: SETTLEMENT**
                                       )   **WITH REGENCE BLUE SHIELD**
15  BLUE SHIELD OF CALIFORNIA LIFE     )   **OF IDAHO**
    AND HEALTH INSURANCE COMPANY,      )
16  a California Corporation, et al.   )
                                       )
17                          Defendants.)
                                       )
18                                     )
                                       )
19                                     )
                                       )
20  _____   )

21

22       TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23  THEIR COUNSEL OF RECORD:

24       Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and

25  Defendant REGENCE BLUE SHIELD OF IDAHO ("Settling Defendant") have reached a

26  settlement in principle disposing of this matter, which will also dispose of defendant Madeline

27  Mann; and

28

                                       - 1 -
STIPULATION AND [PROPOSED] ORDER                        Case No.2:07 CV 01818 GEB DAD

- 2 -

1   Whereas Plaintiff previously filed a Notice of Settlement regarding this settlement; and

2   Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
3   ("20") days following a Notice of Settlement; and

4   Whereas the Court previously granted an extension for filing dispositional documents on
5   the settlement with REGENCE BLUE SHIELD OF IDAHO to 8/25/08; and

6   Whereas Plaintiff and Settling Defendant have reached a settlement in principle and
7   negotiated all terms of said settlement and release and anticipate a final executed settlement
8   agreement and any settlement payment will be completed within twenty ("20") days of the filing
9   of this stipulation; and

10  Whereas the language of the settlement and release has been completed and the parties
11  are merely waiting for return of an executed settlement and release and any required payment of
12  settlement sums; and

13  Whereas the settling parties have been actively and diligently pursuing execution of the
14  settlement and release as well as payment of any settlement sums required thereunder.

15  Now therefore, Dameron and Settling Defendant, by and through their respective counsel,
16  hereby stipulate to extend the due date for Dameron to file dispositional documents related to its
17  settlement with Settling Defendant (and corresponding party) twenty ("20") days to September
18  19, 2008.

19  Good cause exists for continuing the due date for dispositional documents regarding
20  Settling Defendant to September 19, 2008 because Dameron has reached a settlement with
21  Settling Defendant that is dispositive of this matter as to Settling Defendant and Madeline Mann,
22  and anticipates that a final executed settlement and release and any payment to Dameron
23  allowing dismissal of those parties will be completed on or before September 19, 2008.

24  A proposed order is being filed concurrently herewith.

25
26
27
28

- 3 -

1  **IT IS SO STIPULATED.**

2

3  DATED: ___8/21/08_____     HATTON, PETRIE & STACKLER, APC

4

5                                                                /s/ John McMahon_____
                                                                 By: JOHN A. McMAHON
6                                                                Attorneys for DAMERON HOSPITAL
                                                                 ASSOCIATION
7  **IT IS SO STIPULATED.**

8

9  DATED: ____8/21/08_____     BARGER & WOLEN, LLP

10

11                                                               /s/ Sarah Houshiar_____
                                                                 By: SARAH HOUSHIAR
12                                                               Attorneys for SETTLING DEFENDANTS
                                                                 *(As Authorized on 8/21/08)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER                                  Case No.2:07 CV 01818 GEB DAD

|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation, <br><br>                              Plaintiff, <br><br>         vs. <br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al. <br><br>                              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:07 CV 01818 GEB DAD <br><br> **[PROPOSED] ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant REGENCE BLUE SHIELD OF IDAHO to continue the due date for filing dispositional documents regarding settlement between the parties to September 19, 2008, **ORDERS** that the due date for Dameron to file dispositional documents

- 4 -

1  regarding its settlement with REGENCE BLUE SHIELD OF IDAHO is extended to September
2  19, 2008.
3  **IT IS SO ORDERED.**
4
   Dated: August 22, 2008
5
6
7
8  _____
   GARLAND E. BURRELL, JR.
9  United States District Judge