| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | James M. Nelson (SBN 116442) |
| 2 | James D. McNairy (SBN 230903) |
| | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 4 | Facsimile: (916) 558-4839 |
| 5 | Attorneys for Defendants |
| | CHILDREN'S CARE PLUS PREFERRED |
| 6 | PROVIDER ORGANIZATION |
| | and CHILDREN'S HOSPITALS AND |
| 7 | CLINICS OF MINNESOTA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non Profit Association,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA PHYSICIANS SERVICE dba BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.,<br><br>　　　　　Defendants. | Case No. 2:07-cv-01818-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION AND CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]** |

Pursuant to Rules 6-144 and 83-143 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Children's Care Plus Preferred Provider Organization ("Children's Care") and Children's Hospitals and Clinics of Minnesota ("Children's Hospitals") (collectively "Defendants"), by and through their respective counsel, hereby stipulate to an extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint filed by Plaintiff. Accordingly, as Defendants' response to Plaintiff's Second Amended Complaint is presently due to be filed on August 18, 2008, it is hereby stipulated that such response is now due on September 18, 2008.

-1-

STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

SC1 17096169.1

Good cause exists for this extension because Plaintiff and Defendants continue to make progress towards settlement. Plaintiff and Defendants anticipate that settlement discussions will be completed prior to September 18, 2008, and request that an extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint be granted until that date.

**IT IS SO STIPULATED:**

DATED:  August 15, 2008                                   SEYFARTH SHAW LLP


By     /s/ James D. McNairy
           James M. Nelson
           James D. McNairy
Attorneys for Defendants
CHILDREN'S CARE PLUS PREFERRED PROVIDER ORGANIZATION and
CHILDREN'S HOSPITALS AND CLINICS OF MINNESOTA

DATED:  August 15, 2008                                   HATTON, PETRIE & STACKLER APC


By    /s/ *John A. McMahon*
           John A. McMahon
Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION
*As authorized on August 15, 2008*

**IT IS SO ORDERED:**

Dated: 8/22/08

Garland E. Burrell, Jr.
United States District Judge

-2-
STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

SC1 17096169.1