JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Attorneys for Defendants
CLEARWIRE CORPORATION and
CLEARWIRE CORPORATION GROUP
HEALTH PLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br>    Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS CLEARWIRE CORPORATION AND CLEARWIRE CORPORATION ERISA PLAN TO ANSWER OR OTHERWISE PLEAD** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation, and Clearwire Corporation ERISA Plan ("Defendants"), by and through their respective counsel, hereby stipulate to an additional thirty-day extension of time within which Defendants may answer or otherwise respond to the Complaint filed by Plaintiff. Defendants were previously granted a thirty (30) day extension by stipulation, and their response is currently due on August 25, 2008.

Good cause exists for an additional thirty-day extension of time, such that a pleading filed on or before September 24, 2008 shall be deemed timely, because Defendants and Plaintiff are currently engaged in settlement negotiations and believe that such a settlement negotiations will be finished prior to September 24, 2008.

As required by Local Rules 6-144 and 83-143, a proposed order is being filed concurrently herewith.

IT IS SO STIPULATED.

Dated: August 21, 2008     DAVIS WRIGHT TREMAINE LLP

By: _____/S/_____
    Joseph E. Addiego III

Attorneys for Defendants
CLEARWIRE CORPORATION and
CLEARWIRE CORPORATION GROUP
HEALTH PLAN

Dated: August 21, 2008     HATTON, PETRIE & STACKLER, APC

By: _____/S/_____
    John A. McMahon

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Clearwire Corporation and Clearwire Corporation ERISA Plan ("Defendants") for an additional thirty-day extension of time within which Defendants may answer or otherwise respond to the Complaint filed by Plaintiff, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response shall now be due on September 24, 2008.

IT IS SO ORDERED.

Dated: August 22, 2008

_____
GARLAND E. BURRELL
UNITED STATES DISTRICT JUDGE