1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  _____  )  Case No.: 2:07 CV 01818 GEB DAD
    DAMERON HOSPITAL ASSOCIATION, a      )
12  California Non-Profit Assocation,    )  **STIPULATION AND ORDER**
                                         )  **CONTINUING DATE FOR**
13                         Plaintiff,    )  **DAMERON HOSPITAL ASSOC. TO**
                                         )  **FILE DISPOSITIONAL**
14         vs.                           )  **DOCUMENTS RE: SETTLEMENT**
                                         )  **WITH HEALTH CARE SERVICE**
15  BLUE SHIELD OF CALIFORNIA LIFE       )  **CORPORATION**
    AND HEALTH INSURANCE COMPANY,        )
16  a California Corporation, et al.     )
                                         )
17                         Defendants.   )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20  _____ )

21

22         TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23  THEIR COUNSEL OF RECORD:

24         Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and

25  Defendant HEALTH CARE SERVICE CORPORATION, ("Settling Defendant") have reached a

26  settlement in principle disposing of this matter, which will also dispose of the following

27  defendant: SURUYA CHARAN; and

28

- 1 -

STIPULATION AND [PROPOSED] ORDER                          Case No.2:07 CV 01818 GEB DAD

1  Whereas Plaintiff previously filed a Notice of Settlement regarding this settlement; and

2  Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
3  ("20") days following a Notice of Settlement; and

4  Whereas filing of dispositional documents on the settlement with HEALTH CARE
5  SERVICE CORPORATION is currently due on September 15, 2008; and

6  Whereas Plaintiff and Settling Defendant have reached a settlement in principle and are
7  performing final negotiations on all terms of said settlement and release and anticipate a final
8  executed settlement agreement and any settlement payment will be completed within twenty
9  ("20") days of the filing of this stipulation; and

10  Whereas the settling parties have been actively and diligently pursuing execution of the
11  settlement and release as well as payment of any settlement sum required thereunder; and

12  Whereas this is the first extension sought with regards to filing dispositional documents
13  for said settlement and release.

14  Now therefore, Dameron and Settling Defendant, by and through their respective counsel,
15  hereby stipulate to extend the due date for Dameron to file dispositional documents related to its
16  settlement with Settling Defendant (and corresponding party) twenty ("20") days to October 7,
17  2008.

18  Good cause exists for continuing the due date for dispositional documents regarding
19  Settling Defendant to October 7, 2008 because Dameron has reached a settlement with Settling
20  Defendant that is dispositive of this matter as to Settling Defendant and one other defendant, and
21  anticipates that a final executed settlement and release allowing dismissal of those parties will be
22  completed on or before October 7, 2008.

23  A proposed order is being filed concurrently herewith.

24
25
26
27
28

- 3 -

**IT IS SO STIPULATED.**

DATED: ___9/8/08_____     HATTON, PETRIE & STACKLER, APC


_____/s/ John McMahon _____
By: JOHN A. McMAHON
Attorneys for DAMERON HOSPITAL ASSOCIATION

**IT IS SO STIPULATED.**

DATED: ____9/8/08_____     MESERVE, MUMPER & HUGHES, LLP


_____/s/ Frederic Esrailian_____
By: FREDERIC ESRAILIAN
Attorneys for SETTLING DEFENDANTS
*(As Authorized on 9/8/08)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH HEALTH CARE SERVICE CORPORATION** |

Since Plaintiff Dameron Hospital Association ("Dameron") and Defendant HEALTH CARE SERVICE CORPORATION'S stipulate to continue the due date for filing a dispositional document regarding these parties' settlement, the date for filing a dispositional document regarding their settlement is extended to October 7, 2008.

**IT IS SO ORDERED.**

Dated: 9/9/08

_____
GARLAND E. BURRELL JR.
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER          Case No.2:07 CV 01818 GEB DAD