HATTON, PETRIE & STACKLER APC
Attorneys at Law
20281 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone:  (949) 474-4222
g_hatton@hattonpetrie.com

**GREGORY M. HATTON [Cal. SBN 119810]**
**JOHN A. McMAHON [Cal. SBN 237261]**

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PREMERA BLUE CROSS, a Washington Corporation, et al.<br><br>　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DAMERON HOSPITAL ASSOC. TO FILE DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and Defendant REGENCE BLUE SHIELD OF IDAHO ("Settling Defendant") have reached a settlement in principle disposing of this matter, which will also dispose of defendant Madeline Mann; and

- 1 -

STIPULATION AND [PROPOSED] ORDER                                     Case No.2:07 CV 01818 GEB DAD

1    Whereas Plaintiff previously filed a Notice of Settlement regarding this settlement; and
2    Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
3 ("20") days following a Notice of Settlement; and
4    Whereas the Court previously granted an extension for filing dispositional documents on
5 the settlement with REGENCE BLUE SHIELD OF IDAHO to 9/19/08; and
6    Whereas Plaintiff and Settling Defendant have reached a settlement in principle and
7 negotiated all terms of said settlement and release and anticipate a final executed settlement
8 agreement and any settlement payment will be completed within twenty ("20") days of the filing
9 of this stipulation; and
10    Whereas the language of the settlement and release has been completed and the parties
11 are merely waiting for return of an executed settlement and release and any required payment of
12 settlement sums; and
13    Whereas the settling parties have been actively and diligently pursuing execution of the
14 settlement and release as well as payment of any settlement sums required thereunder.
15    Now therefore, Dameron and Settling Defendant, by and through their respective counsel,
16 hereby stipulate to extend the due date for Dameron to file dispositional documents related to its
17 settlement with Settling Defendant (and corresponding party) twenty ("20") days to October 9,
18 2008.
19    Good cause exists for continuing the due date for dispositional documents regarding
20 Settling Defendant to October 9, 2008 because Dameron has reached a settlement with Settling
21 Defendant that is dispositive of this matter as to Settling Defendant and Madeline Mann, and
22 anticipates that a final executed settlement and release and any payment to Dameron allowing
23 dismissal of those parties will be completed on or before October 9, 2008.
24    A proposed order is being filed concurrently herewith.
25
26
27
28

- 3 -

1  **IT IS SO STIPULATED.**

2

3  DATED: ___9/16/08_____   HATTON, PETRIE & STACKLER, APC

4

5  /s/ John McMahon_____
By: JOHN A. McMAHON

6  Attorneys for DAMERON HOSPITAL ASSOCIATION

7  **IT IS SO STIPULATED.**

8

9  DATED: ____9/16/08_____   BARGER & WOLEN, LLP

10

11  /s/ Sarah Houshiar_____
By: SARAH HOUSHIAR

12  Attorneys for SETTLING DEFENDANTS
*(As Authorized on 9/16/08)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENT RE: SETTLEMENT WITH REGENCE BLUE SHIELD OF IDAHO** |

　　　　The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant REGENCE BLUE SHIELD OF IDAHO to continue the due date for filing a dispositional document regarding settlement between the parties to October 9, 2008, orders the due date for Dameron to file a dispositional document regarding its

- 5 -

1     settlement with REGENCE BLUE SHIELD OF IDAHO is extended to October 9, 2008.

Dated: 9/17/08

*[signature]*

**GARLAND E. BURRELL JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**