UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PREMERA BLUE CROSS, et al., ) <br> ) <br> Defendants. ) <br> _____) | 2:07-cv-1818-GEB-DAD <br><br> ORDER |

        The Joint Status Report filed on September 15, 2008, indicates ERISA and non-ERISA claims are involved in this action. Plaintiff shall clarify the nature of each pending claim in a filing due on or before October 15, 2008. In that filing Plaintiff shall set forth the allegations constituting Plaintiff's ERISA claims, and the case and other authority supporting Plaintiff's position that these allegations assert viable ERISA claims. Further, plaintiff shall explain in the filing each state claim and why the state claims should be litigated in federal rather than state court.

        Any defendant desiring to respond to Plaintiff's filing may respond in a filing due on or before October 30, 2008. If

1  Plaintiff elects to reply, the reply shall be filed on or before
2  November 14, 2008.
3           The hearing on these matters and the status of this
4  action is scheduled to commence at 10:00 a.m. on November 24, 2008.
5  Dated:  September 26, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge