1  JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         joeaddiego@dwt.com

5

   Attorneys for Defendants
6  CLEARWIRE CORPORATION and
   CLEARWIRE CORPORATION GROUP
7  HEALTH PLAN

8

9                        IN THE UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12  DAMERON HOSPITAL ASSOCIATION, a          Case No.: 2:07 CV 01818 GEB DAD
    California Non-Profit Association,
13
                                             **SECOND STIPULATION AND**
14        Plaintiff,                          **[PROPOSED] ORDER EXTENDING THE**
                                             **TIME FOR DEFENDANTS CLEARWIRE**
15        v.                                  **CORPORATION AND CLEARWIRE**
                                             **CORPORATION ERISA PLAN TO**
16  BLUE SHIELD OF CALIFORNIA LIFE AND       **ANSWER OR OTHERWISE PLEAD**
    HEALTH INSURANCE COMPANY, a
17  California Corporation, et al.
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. 2:07 CV 01818 GEB DAD

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

1    TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR

2    COUNSEL OF RECORD:

3        Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court

4    for the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association

5    ("Plaintiff") and Defendants Clearwire Corporation, and Clearwire Corporation ERISA Plan

6    ("Defendants"), by and through their respective counsel, hereby stipulate to an additional

7    extension of time to December 12, 2008 within which Defendants may answer or otherwise

8    respond to the Complaint filed by Plaintiff.  Defendants were previously granted a thirty (30) day

9    extension to August 25, 2008 by stipulation between the parties, followed by another thirty (30)

10   day extension by stipulation and order, and Defendants' response was due on September 24, 2008.

11       Good cause exists for an additional extension of time, such that a pleading filed on or

12   before December 12, 2008 shall be deemed timely, because Defendants and Plaintiff are currently

13   engaged in settlement negotiations and believe that such a settlement negotiations will be finished

14   prior to December 12, 2008.  Further, this Court's September 29, 2008 Order set a hearing for

15   November 24, 2008 concerning the status of Plaintiff's alleged ERISA and non-ERISA claims,

16   and it would promote judicial economy to grant Defendants an extension to respond to the

17   Complaint until after said hearing.

18       As required by Local Rules 6-144 and 83-143, a proposed order is being filed concurrently

19   herewith.

20       IT IS SO STIPULATED.

21

22   Dated:  October 1, 2008              DAVIS WRIGHT TREMAINE LLP

23

24                                        By: _____/S/_____

25                                            Joseph E. Addiego III

26                                        Attorneys for Defendants
                                          CLEARWIRE CORPORATION and
27                                        CLEARWIRE CORPORATION GROUP
                                          HEALTH PLAN

28

1

Dated:  October 1, 2008                    HATTON, PETRIE & STACKLER, APC


By:  _____/S/_____
         John A. McMahon

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION


        The Court, having reviewed the stipulation between Plaintiff Dameron Hospital

Association ("Plaintiff") and Defendants Clearwire Corporation and Clearwire Corporation

ERISA Plan ("Defendants") for an additional extension of time within which Defendants may

answer or otherwise respond to the Complaint filed by Plaintiff, orders Defendants' response shall

now be due on December 12, 2008.

        IT IS SO ORDERED.


        Dated:  October 1, 2008            _____
                                           GARLAND E. BURRELL JUDGE, UNITED
                                           STATES DISTRICT COURT FOR THE
                                           EASTERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP

2