1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 DAMERON HOSPITAL ASSOCIATION, a    )   Case No.: 2:07 CV 01818 GEB DAD
12 California Non-Profit Association,  )
                                       )   **STIPULATION AND [PROPOSED]**
13             Plaintiff,              )   **ORDER CONTINUING DATE FOR**
                                       )   **DAMERON HOSPITAL ASSOC. TO**
14     vs.                             )   **FILE DISPOSITIONAL**
                                       )   **DOCUMENTS RE: SETTLEMENT**
15 PREMERA BLUE CROSS, a Washington    )   **WITH REGENCE BLUE SHIELD**
   Corporation, et al.                 )   **OF IDAHO AND BLUE CROSS AND**
16                                     )   **BLUE SHIELD OF MINNESOTA**
               Defendants.             )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )

21

22     TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23 THEIR COUNSEL OF RECORD:

24     Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and

25 Defendants REGENCE BLUE SHIELD OF IDAHO and BLUE CROSS AND BLUE SHIELD

26 OF MINNESOTA ("Settling Defendants") have reached a settlement in principle disposing of

27 this matter, which will also dispose of defendants Madeline Mann, Children's Hospitals and

28

- 1 -

1    Clinics of Minnesota and Children's Care Plus Preferred Provider Organization Health Care
2    Plan; and
3           Whereas Plaintiff previously filed a Notices of Settlements regarding these settlements;
4    and
5           Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
6    ("20") days following a Notice of Settlement; and
7           Whereas the Court previously granted an extension for filing dispositional documents on
8    the settlement with REGENCE BLUE SHIELD OF IDAHO to 10/9/08; and
9           Whereas the Court previously granted an extension for filing dispositional documents on
10   the settlement with BLUE CROSS AND BLUE SHIELD OF MINNESOTA to 10/10/08; and
11          Whereas Plaintiff and Settling Defendants have reached settlements in principle and
12   negotiated all terms of said settlements and releases and anticipate final executed settlement
13   agreements and any settlement payments will be completed within twenty ("20") days of the
14   filing of this stipulation; and
15          Whereas the language of the settlement and releases has been completed and the parties
16   are merely waiting for return of executed settlement and releases and any required payments of
17   settlement sums; and
18          Whereas the settling parties have been actively and diligently pursuing execution of the
19   settlement and releases as well as payment of any settlement sums required thereunder.
20          Now therefore, Dameron and Settling Defendants, by and through their respective
21   counsel, hereby stipulate to extend the due date for Dameron to file dispositional documents
22   related to the settlements with Settling Defendants (and corresponding parties) thirty ("30") days
23   to a consolidated due date of November 6, 2008.
24          Good cause exists for continuing the due date for dispositional documents regarding
25   Settling Defendants to November 6, 2008, because Dameron has reached settlements with
26   Settling Defendants that are dispositive of this matter as to Settling Defendants and several other
27   defendants, and anticipates that final executed settlement and releases and any payment to
28   Dameron allowing dismissal of those parties will be completed on or before November 6, 2008.

1     A proposed order is being filed concurrently herewith.

2     **IT IS SO STIPULATED.**

3

4     DATED: ___10/6/08_____      HATTON, PETRIE & STACKLER, APC

5

6                                                /s/ John McMahon_____

7                                                By: JOHN A. McMAHON
                                                 Attorneys for DAMERON HOSPITAL
                                                 ASSOCIATION

8     **IT IS SO STIPULATED.**

9

10    DATED: ____10/2/08_____      BARGER & WOLEN, LLP

11

12                                               /s/ Sarah Houshiar_____
                                              By: SARAH HOUSHIAR

13                                               Attorneys for SETTLING DEFENDANTS
                                              *(As Authorized on 10/2/08)*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                  Case No.2:07 CV 01818 GEB DAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>            Plaintiff,<br><br>    vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>            Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENTS WITH REGENCE BLUE SHIELD OF IDAHO AND BLUE CROSS AND BLUE SHIELD OF MINNESOTA** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendants REGENCE BLUE SHIELD OF IDAHO and BLUE CROSS AND BLUE SHIELD OF MINNESOTA to continue the due date for filing dispositional documents regarding settlement between the parties to November 6, 2008, **ORDERS** that the

1  due date for Dameron to file dispositional documents regarding its settlements with REGENCE
2  BLUE SHIELD OF IDAHO and BLUE CROSS AND BLUE SHIELD OF MINNESOTA is
3  extended to November 6, 2008.
4      **IT IS SO ORDERED.**
5
6
7  Dated: 10/10/08

**GARLAND E. BURRELL JUDGE,
UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA**