1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222
   g_hatton@hattonpetrie.com
4
   **GREGORY M. HATTON [Cal. SBN 119810]**
5  **JOHN A. McMAHON [Cal. SBN 237261]**

6  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 _____   )  Case No.: 2:07 CV 01818 GEB DAD
   DAMERON HOSPITAL ASSOCIATION, a )
12 California Non-Profit Assocation,  )  **STIPULATION AND ORDER**
                                      )  **CONTINUING DATE FOR**
13                         Plaintiff, )  **DAMERON HOSPITAL ASSOC. TO**
                                      )  **FILE DISPOSITIONAL**
14       vs.                          )  **DOCUMENTS RE: SETTLEMENT**
                                      )  **WITH HEALTH CARE SERVICE**
15 BLUE SHIELD OF CALIFORNIA LIFE     )  **CORPORATION**
   AND HEALTH INSURANCE COMPANY,  )
16 a California Corporation, et al.   )
                                      )
17                        Defendants. )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20 _____   )

21

22       TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND

23 THEIR COUNSEL OF RECORD:

24       Whereas plaintiff Dameron Hospital Association ("Plaintiff" or "Dameron"), and

25 Defendant HEALTH CARE SERVICE CORPORATION, ("Settling Defendant") have reached a

26 settlement in principle disposing of this matter, which will also dispose of the following

27 defendant: SURUYA CHARAN; and

28

                                        - 1 -
STIPULATION AND [PROPOSED] ORDER                         Case No.2:07 CV 01818 GEB DAD

- 2 -

1   Whereas Plaintiff previously filed a Notice of Settlement regarding this settlement; and

2   Whereas Local Rule 16-160 calls for dispositional documents to be filed within twenty
3   ("20") days following a Notice of Settlement; and

4   Whereas filing of dispositional documents on the settlement with HEALTH CARE
5   SERVICE CORPORATION is currently due on October 7, 2008; and

6   Whereas Plaintiff and Settling Defendant have reached a settlement and are negotiated all
7   terms of said settlement and release and anticipate a final executed settlement agreement and any
8   settlement payment will be completed within twenty ("20") days of the filing of this stipulation;
9   and

10  Whereas the settling parties have been actively and diligently pursuing execution of the
11  settlement and release as well as payment of any settlement sum required thereunder; and

12  Whereas this is the second extension sought with regards to filing dispositional
13  documents for said settlement and release and the parties do not anticipate the need for any
14  further extensions.

15  Now therefore, Dameron and Settling Defendant, by and through their respective counsel,
16  hereby stipulate to extend the due date for Dameron to file dispositional documents related to its
17  settlement with Settling Defendant (and corresponding party) twenty ("20") days to October 28,
18  2008.

19  Good cause exists for continuing the due date for dispositional documents regarding
20  Settling Defendant to October 28, 2008 because Dameron has reached a settlement with Settling
21  Defendant that is dispositive of this matter as to Settling Defendant and one other defendant, and
22  anticipates that a final executed settlement and release allowing dismissal of those parties will be
23  completed on or before October 28, 2008.

24  A proposed order is being filed concurrently herewith.

25
26
27
28

1

2     **IT IS SO STIPULATED.**

3

4     DATED: ___10/6/08_____          HATTON, PETRIE & STACKLER, APC

5

                                            _____/s/ John McMahon _____
6                                           By: JOHN A. McMAHON
                                            Attorneys for DAMERON HOSPITAL
7                                           ASSOCIATION

8     **IT IS SO STIPULATED.**

9

10    DATED: ____10/6/08_____          MESERVE, MUMPER & HUGHES, LLP

11

                                            _____/s/ Frederic Esrailian_____
12                                          By: FREDERIC ESRAILIAN
                                            Attorneys for SETTLING DEFENDANTS
13                                          *(As Authorized on 10/6/08)*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Assocation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, et al.<br><br>Defendants. | Case No.: 2:07 CV 01818 GEB DAD<br><br>**ORDER CONTINUING DUE DATE FOR DISPOSITIONAL DOCUMENTS RE: SETTLEMENT WITH HEALTH CARE SERVICE CORPORATION** |

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant HEALTH CARE SERVICE CORPORATION to continue the due date for filing dispositional documents regarding settlement between the parties to October 28, 2008, **ORDERS** that the due date for Dameron to file dispositional documents

- 4 -

STIPULATION AND [PROPOSED] ORDER                                Case No.2:07 CV 01818 GEB DAD

1  regarding its settlement with HEALTH CARE SERVICE CORPORATION, is extended to

2  October 28, 2008.

3      **IT IS SO ORDERED.**

4

5

6  Dated: 10/10/08

                **GARLAND E. BURRELL JUDGE,**
7                 **UNITED STATES DISTRICT**
                **COURT FOR THE EASTERN**
8                 **DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28