UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PREMERA BLUE CROSS, a Washington Corporation, et al.<br><br>　　　　Defendants. | CASE NO.: 2:07 CV 01818 GEB DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**ORDER** GRANTING A FURTHER EXTENSION OF TIME FOR DEFENDANTS PREMERA BLUE CROSS, EAGLE HOME MORTGAGE, LLC, EAGLE HOME MORTGAGE, LLC EMPLOYMENT BENEFIT PLAN, BLUE CROSS AND BLUE SHIELD OF NEBRASKA, AND CAREFIRST OF MARYLAND, INC., TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Complaint Filed:   June 22, 2007 |

g:\docs\geb\dgeb2\orders for signature\stip for further extension to respond to sac - order6.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Blue Cross and Blue Shield of Nebraska, and CareFirst of Maryland, Inc. (collectively "Defendants"), for a further extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response to the Second Amended Complaint **shall now be due no later than January 12, 2009.**

**IT IS SO ORDERED.**

**Dated: December 11, 2008**

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Respectfully Submitted By**:
John M. LeBlanc (155842)
John C. Holmes (120578)
Bryan C. Crawley (197915)
Andrew S. Williams (177926)
Jamie Ostroff (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Blue Cross and Blue Shield of Nebraska, and CareFirst of Maryland, Inc.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-i-