John M. Le Blanc (155842), jleblanc@barwol.com
John C. Holmes (120578), jholmes@barwol.com
Bryan C. Crawley (197915), bcrawley@barwol.com
Andrew S. Williams (177926), awilliams@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle
Home Mortgage, LLC Employment Benefit Plan, Blue
Cross and Blue Shield of Nebraska, and CareFirst of
Maryland, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>            Plaintiff,<br><br>     vs.<br><br>PREMERA BLUE CROSS, a Washington Corporation; et al.<br><br>            Defendants. | CASE NO.: 2:07 CV 01818 GEB DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS PREMERA BLUE CROSS, EAGLE HOME MORTGAGE, LLC, EAGLE HOME MORTGAGE, LLC EMPLOYMENT BENEFIT PLAN, BLUE CROSS AND BLUE SHIELD OF NEBRASKA, AND CAREFIRST OF MARYLAND, INC., TO RESPOND TO SECOND AMENDED COMPLAINT [LR 6-144, 83-143]; [PROPOSED] ORDER THEREON<br><br>Complaint Filed:   June 22, 2007 |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR

COUNSEL OF RECORD:

Pursuant to Rule 6-144 of the Local Rules of Practice for the United States District Court for

the Eastern District of California ("Local Rules"), Plaintiff Dameron Hospital Association

g:\docs\geb\dgeb2\orders for signature\stip for further extension to respond to sac8.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

("Plaintiff") and Defendants Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Blue Cross and Blue Shield of Nebraska, and CareFirst of Maryland, Inc. (collectively "Defendants"), by and through their respective counsel, hereby stipulate to an extension of time to February 2, 2009 within which Defendants may answer or otherwise respond to the Second Amended Complaint filed by Plaintiff.

Currently, Premera Blue Cross, CareFirst of Maryland, Inc., and Blue Cross and Blue Shield of Nebraska are putting the final touches on settlement agreements that will dispose of this matter as to all corporate defendants described herein.

Good cause exists for this extension because Plaintiff and Defendants have made significant progress towards settlement and the parties anticipate that settlement agreements as to the pending Defendants will be completed prior to February 2, 2009. As required by Local Rules 6-144 and 83-143, a proposed order is being filed concurrently herewith.

IT IS SO STIPULATED.

Dated: January 12, 2009                BARGER & WOLEN LLP


                                       By: /s/ John C. Holmes
                                           JOHN M. LE BLANC
                                           JOHN C. HOLMES
                                           BRYAN C. CRAWLEY
                                           ANDREW S. WILLIAMS
                                           Attorneys for Defendants
                                           Premera Blue Cross, Eagle Home
                                           Mortgage, LLC, Eagle Home Mortgage,
                                           LLC Employment Benefit Plan, Blue Cross
                                           and Blue Shield of Nebraska, and CareFirst
                                           of Maryland, Inc.
                                           **AS AUTHORIZED ON 1/12/09**

Dated: January 12, 2009                HATTON, PETRIE & STACKLER APC


                                       By: /s/ John McMahon_____
                                           JOHN MCMAHON
                                           GREGORY M. HATTON
                                           Attorneys for Plaintiff
                                           Dameron Hospital Association

-1-
[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association, | ) ) ) | CASE NO.: 2:07 CV 01818 GEB DAD |
| Plaintiff, | ) ) | Hon. Garland E. Burrell, Jr. |
| vs. | ) ) ) | **[PROPOSED] ORDER** GRANTING A FURTHER EXTENSION OF TIME FOR DEFENDANTS PREMERA BLUE CROSS, EAGLE HOME MORTGAGE, LLC, EAGLE HOME MORTGAGE, LLC EMPLOYMENT BENEFIT PLAN, BLUE CROSS AND BLUE SHIELD OF NEBRASKA, AND CAREFIRST OF MARYLAND, INC., TO RESPOND TO SECOND AMENDED COMPLAINT |
| PREMERA BLUE CROSS, a Washington Corporation, et al. | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |
| | ) ) | Complaint Filed:   June 22, 2007 |

-2-
**BARGER & WOLEN** LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD

1 The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants Premera Blue Cross, Eagle Home Mortgage, LLC, Eagle Home Mortgage, LLC Employment Benefit Plan, Blue Cross and Blue Shield of Nebraska, and CareFirst of Maryland, Inc. (collectively "Defendants"), for a further extension of time within which Defendants may answer or otherwise respond to the Second Amended Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that Defendants' response to the Second Amended Complaint **shall now be due no later than February 2, 2009.**

**IT IS SO ORDERED.**

Dated: January 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
[PROPOSED] ORDER GRANTING A FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING
CASE NO. 2:07 CV 01818 GEB DAD