IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION,

    Plaintiff,                              No. CIV S-07-1818 GEB DAD

    v.

PREMERA BLUE CROSS, et al.,

                                                ORDER

    Defendants.

_____/

        This case came before the court on February 6, 2009 for hearing of plaintiff's motions for default judgment. In open court, the undersigned requested that plaintiff clarify the status of all defendants not shown as terminated on the court's docket. In compliance with the request, plaintiff has filed a very helpful report that identifies twenty-four defendants who should appear on the docket as terminated pursuant to previously filed notices of voluntary dismissal. IT IS ORDERED that the Clerk of the Court shall update the court's docket in accordance with plaintiff's report filed February 10, 2009 (Doc. No. 335).

DATED: February 13, 2009.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\dameron1818.ord